## Darji, Zarna

**Subject:** {EXTERNAL} Asian Commerce Center Property Owner Association - BKS61592190
**Attachments:** Re%20NIA%20Letter%20of%20Representation%20and%20New%20Claim.eml; AsianCommerceCenterPropertyOwnerAssociationNI.pdf

Sender: adriane@jacobsoninsure.com
Sent: Thursday, August 29, 2024 02:07:13 PM
To: businesslinesclaims@libertymutual.com
Cc: grant@jacobsoninsure.com
Subject: {EXTERNAL} Asian Commerce Center Property Owner Association - BKS61592190
-----Original Message-----

First Notice: DOL: 07/08/2024 – see attached email from insured.

Point of contact information is as below;

**Tina Vy**
**6918 Corporate Dr #A5**
**Houston, TX 77036**
**713-988-1668 ext. 119**
**713-988-1634**
**tina@texasgeorgerealty.com**
**www.swrealtygroup.com**

Please let us know the claim number and adjustors information as soon as possible.

**Kind Regards,**
**Adriane Dillard** | Account Manager

9894 Bissonnet, Suite 340| Houston, TX 77036
Main 713.878.2222
Office 832.460.0072
Toll Free 7.855.222.RISK (7475)
Email Adriane@jacobsoninsure.com
www.jacobsoninsure.com

Sender: adriane@jacobsoninsure.com


EXHIBIT B