**From:**"Thomas, James" <James.Thomas01@libertymutual.com>
**Sent:**Fri, 30 Aug 2024 20:00:02 +0000
**To:**"Sindy" <sindy@texasgeorgerealty.com>; "john.ou@texasgeorgerealty.com" <john.ou@texasgeorgerealty.com>
**Cc:**"Grant Jacobson" <grant@jacobsoninsure.com>
**Subject:**Important property claim information - Claim # 24220304

Liberty Mutual.
INSURANCE

Dear Sindy or John,

Thank you for trusting Liberty Mutual Insurance with your insurance needs. We are sorry to learn of your recent loss, but rest assured that we are committed to resolving your claim efficiently and thoroughly, and keeping you informed throughout the process.

**Below is some important information about your claim.**

If your property requires immediate repairs to avoid further loss or damage, please take reasonable steps to get it fixed, or otherwise protect it from further damage. If possible, take photographs showing general views of the damaged property and close-ups prior to removal and/or repair. Please save the damaged property in case we need to inspect it.

Please also keep track of all costs incurred as a result of this incident. This includes estimates, invoices, vendor reports, and any other documents that may be necessary to verify the details your claim. Costs incurred are subject to your policy's terms and conditions.

If you have any questions or information that might be beneficial in the handling of your claim, please contact me by email or phone.

Thank you for choosing Liberty Mutual Insurance. We appreciate your business.

Sincerely,
**James**

Policy underwritten by **Ohio Security Insurance Company**



**EXHIBIT C**