NIA
NATIONAL INSURANCE ADVOCATES

August 23, 2024

**VIA E-MAIL:** corporate@jacobsoninsure.com

**Attn:** Claims Department & Records Request Department

## LOSS NOTICE

| | |
|---|---|
| Insured/Our client: | Asian Commerce Center Property Owner Association |
| Insurance Carrier: | Liberty Mutual Insurance Company |
| Policy Number: | BKS(25)61592190 |
| Claim Number: | |
| Date of Loss: | 07-08-2024 |
| Loss Location | 6833 W Sam Houston Pkwy S Houton , TX 77072 |
| Type of Damage: | Hurricane |

## NOTICE OF REPRESENTATION

Dear Sir/Madam:

**National Insurance Advocates** has been retained to handle this loss. ***Please direct all future correspondence to this office*.** You are hereby, notified to cease any and all contact with our client.

## REQUEST FOR CERTIFIED COPY OF POLICY

Please furnish us with a certified copy of the insurance policy that was enforced at the time of this loss. Please send via e-mail to: giuliana@nia.law and intake@nia.law

## CONTACT INFORMATION FOR SCHEDULING INSPECTIONS/RECORDED STATEMENTS

Please have an authorized representative of the insurance company contact our office at 833-701-4110, or e-mail us at giuliana@nia.law and intake@nia.law to schedule any inspections of the property and/or recorded statements.

You must coordinate with our office directly for any and all inspections.

NIA
NATIONAL INSURANCE ADVOCATES

## FURTHER CONTACT & REQUESTS

1. All mediums of payment in resolution thereof should be mailed directly to our office, and the insured has authorized you to list NATIONAL INSURANCE ADVOCATES as an additional payee on all insurance proceeds checks paid on account of this loss.

2. For **additional information requests**, please call **National Insurance Advocates at 833-701-4110, or e-mail us at:** intake@nia.law

3. The original or copies of all of your correspondences or notices directed to the insured should be sent to our office.

4. Please consider this a request for any prior loss information and documents with respect to the above referenced property including a copy of any corresponding policy and claim file.

Thank you for your prompt attention to this matter.

Sincerely,

**Giuliana Delgado**
*Case Manager*
giuliana@nia.law

Steve Hsu
x Steve Hsu
Client Signature

**NOTICE**: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.