**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| **CLAIM NO.:** 24220304 | INSURED: (ASIAN COMMERCE CENTER PROP... |
|---|---|
| Date of Loss: 07/08/2024<br>Deductible: 64,484.02<br>Type of Claim: Hurricane<br>Pricing Database: CoreLogic Data Driven USDC - September 2024 (Texas) (Houston) | Address: 6918 CORPORATE DRIVE - A5<br>HOUSTON TX 77036<br><br>Home phone:<br>Business phone: (832) 277-6540<br>Mobile phone:<br>Email:<br><br>Contact Name: Giuliana Delgado<br>Contact Phone: (837) 701-4110<br>Contact Email: giuliana@nia.law<br><br>Loss address: 6833 W Sam Houston Pkwy S<br>Houston TX 77072-5248 |
| ADJUSTER CONTACT | |
| Claim Rep: James Thomas<br>Phone: (346) 435-5196<br>Email: James.Thomas01@libertymutual.com<br>License:<br><br>Estimator: James Thomas<br>Phone: (346) 435-5196<br>Email: James.Thomas01@libertymutual.com<br>License: | |
| DATES | POLICY INFORMATION |
| Assigned: 08/30/2024<br>Contacted: 09/12/2024<br>Inspected: 09/18/2024<br>Estimated: 09/27/2024<br>Estimated: 09/27/2024 | Policy No.: BKS615921905<br>Policy Type: Commercial Package Policy<br>Effective from: 06/19/2024 to: 06/19/2025<br>Underwriting Co: Ohio Security Insurance Company |



**EXHIBIT E**

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

In the following pages, you will find the estimated cost of covered repairs to your property.

***This estimate is based on the replacement cost of the damaged property, less your policy deductible and any applicable depreciation.*** The estimated cost of covered repairs to your property is calculated using current local prices that are usual and customary. Subject to the terms of your policy, the depreciation may be recoverable to you.

Your current mortgage company or loss payees may be listed as a payee on payment(s) for the covered repairs to your property. If so, you will need to contact your mortgage company or that involved party to determine their procedures for processing claims payments.

We encourage you to work with a contractor of your choice in completing the repairs to your property. If you or your contractor has any questions or concerns about this estimate, please contact me at the number shown above. It is important to call us with questions prior to beginning repairs, as any changes in the scope of damages or pricing must be pre-approved.

If you have personal property damages that were included on this estimate, prices are calculated utilizing like kind and quality goods, less any applicable depreciation, policy limits, or other adjustments as outlined in the estimate. For your convenience, we can refer you to vendors who may be able to directly replace some of your lost and/or damaged items.

If you have any questions about this estimate, please do not hesitate to contact us at the numbers provided above.

Thank you for insuring with Liberty Mutual Insurance. We appreciate your business.

**THIS ESTIMATE REPRESENTS OUR CURRENT EVALUATION OF THE COVERED DAMAGES TO YOUR INSURED PROPERTY AND MAY BE REVISED AS WE CONTINUE TO EVALUATE YOUR CLAIM. IF YOU HAVE QUESTIONS, CONCERNS, OR ADDITIONAL INFORMATION REGARDING YOUR CLAIM, WE ENCOURAGE YOU TO CONTACT US.**

*Please refer to your insurance policy for actual policy language and definitions.*

# Understanding your building estimate

Property Claims

Liberty Mutual INSURANCE | Safeco Insurance A Liberty Mutual Company

We want to make understanding your property claim as easy as possible. This sample estimate will help explain how we calculate your total payment.

## 1 Understanding line item details

Let's take a look at damages to the building. However, based on your specific loss, your property claim estimate could also include other structures like a detached garage or inground pool.

### Sample estimate

| Description | Quantity | Unit Price Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 1. Switch Only | 4 | $18.36 EA | $14.76 | $0.41 | $88.61 | $42.53 ✓ | $46.08 |
| 2. Outlet/Receptacle Telephone | 1 | $21.97 EA | $13.38 | $0.96 | $80.25 | $38.52 ✓ | $41.73 |
| 3. Outlet/Receptacle Duplex | 8 | $18.09 EA | $36.36 | $0.87 | $218.13 | $104.71 ✓ | $113.42 |
| 4. Ceiling/Paddle Fan Good | 1 | $375.16 EA | $76.58 | $7.65 | $459.39 | $22.96 ✓ | $436.43 |
| 5. Carpet, Wall to Wall, Good | 534.01 | $3.17 SF | $93.34 | $20.52 | $560.04 | $168.01 ✓ | $392.03 |
| 6. Carpet Pad, Good | 415.80 | $0.65 SF | $112.98 | $27.29 | $677.87 | $203.37 ✓ | $474.50 |
| 7. Drywall, Wall 1/2", Taped | 678.40 | $1.78 SF | $614.50 | $52.93 | $3,687.06 | $294.96 ✓ | $3,392.10 |
| 8. Prime & Paint - Drywall/Plaster Wall | 616.66 | $1.00 SF | $342.54 | $16.29 | $2,055.25 | $548.06 ✓ | $1,507.19 |
| 9. Base Molding, Paint Grade | 84.80 | $2.58 LF | $56.72 | $7.07 | $340.29 | $22.68 ✓ | $317.61 |
| 10. Prime & Paint - Base Molding | 84.80 | $1.54 LF | $33.16 | $0.77 | $198.97 | $53.06 ✓ | $145.91 |
| **Living Room - Subtotal (10 items)** | | | **$1,394.32** | **$134.76** | **$8,365.86** | **$1,498.86** | **$6,867.00** |

### General PWI (paid when incurred)

| Description | Quantity | Unit Price Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 11. Dumpster 20 Yard | 1 | $769.23 EA | $153.84 | $46.15 | $969.22 | ($0.00) | $969.22 |
| The payment for this item has not been incurred. | | | | | | | |
| 12. Permits & Fees **Open Item** | 1 | $0.00 LS | $0.00 | $0.00 | $0.00 | ($0.00) | $0.00 |
| To be paid upon submission of receipts for actual cost of permits. | | | | | | | |

### Term key:

**Quantity**
Amount of material or time needed.

**Unit Price**
Cost of material, labor, or equipment for each unit.

**(Total O&P) Overhead and Profit**
Overhead and profit is included in a repair estimate when the complexity of repair or replacement requires a general contractor.[1]

**(RC) Replacement Cost value**
What you would pay to replace the item at today's cost: Quantity x Unit Price + Tax + Overhead and Profit.

**Depreciation**
Reduction in value of property over time due to age, use, and condition of item. Depending on your policy, some depreciation may be recoverable (or reimbursable). Recoverable depreciation is represented with a blue check mark to the right of the depreciation amount.

**(ACV) Actual Cash Value**
What you would pay for the item at today's cost minus depreciation: Replacement Cost Value – Depreciation.

**Non-Recoverable Depreciation**
Reduction in value of property over time due to age, use, and condition of the item. Depending on your policy, some depreciation may not be recoverable (or reimbursable). Non-Recoverable depreciation is represented with no blue check mark next to the depreciation amount.

**(PWI) Paid When Incurred**
Items (e.g., dumpster load) that may not be necessary in the repair of your property. These items will be reimbursed to you after the expense is incurred and the paid invoice/receipt is submitted.

**Commonly used measurements**

| | | | |
|---|---|---|---|
| **EA** | Each | **SQ** | Square |
| **LF** | Linear foot | **HR** | Hour |
| **SF** | Square foot | **DA** | Day |
| **SY** | Square yard | **WK** | Week |
| **CF** | Cubic foot | **MO** | Month |
| **CY** | Cubic yard | **RM** | Room |



EXHIBIT E

## 2 Your summary

| | |
|---|---|
| Replacement cost value | $8,365.86 |
| Less recoverable depreciation | $(1,498.86) |
| Net ACV on coverage building | $6,867.00 |
| Deductible ($1,000.00) | ($1,000.00) |
| Net Estimate | $5,867.00 |
| Total net recoverable depreciation | $1,498.86 |
| **Net estimate if depreciation is recovered:** | **$7,365.86** |

### Dwelling PWI (paid when incurred)

| | |
|---|---|
| Replacement cost value | $6,468.21 |
| Less recoverable depreciation | $(463.24) |
| Less debris removal: not incurred | $(969.22) |
| **Net ACV on coverage building** | **$5,035.75** |
| Deductible ($1,000.00) | $(1,000.00) |
| Net estimate | $4,035.75 |
| **Net estimate if depreciation is recovered:** | **$4,498.99** |

### Term key:

**(Total O&P) Overhead and Profit**
Total overhead and profit per coverage type, if applicable.

**(RC) Replacement Cost value**
Total cost of repairing your home and/or replacing damaged items.

**(ACV) Actual Cash Value**
Replacement Cost Value minus Depreciation.

**Deductible**
Amount you pay out of pocket toward repair or replacement costs.

**Net Estimate**
Amount paid to you today. It is calculated by taking Actual Cash Value minus Your Deductible (the portion you pay out of pocket).

**Non-Recoverable Depreciation**
The depreciation that is not reimbursable based on the loss settlement provisions in your policy.

**Total Net Recoverable Depreciation**
The depreciation that is reimbursable based on the loss settlement provisions in your policy.

**Less Debris Removal: not incurred**
The amount that will be reimbursed to you once this expense is incurred.

"Paid When Incurred" items refer to items, which may not be necessary in the repair of your property damaged by a covered loss. If incurred, or completed, reimbursement of reasonable costs will be made up to the maximum amounts identified as eligible for PWI in the estimate.

## 3 Manage your claim by downloading our app

- View status updates 24/7
- Upload photos and documents
- View FAQs and other helpful resources
- Update your contact preferences




**Download our app.**
Scan this code with your mobile camera to get the app.

This document is not intended to be a complete summary of Liberty Mutual's claims handling practices and standards, nor does it address all claims scenarios. The application of any information within this document will depend on specific facts, circumstances, policy language, and applicable law. Any failure to quote or refer to any specific policy provision in the body of this document or otherwise is not a waiver of those provisions. 'Overhead and Profit is included in a repair estimate when the complexity of repair or replacement requires a general contractor. Your Claims Representative will review overhead and profit with you if applicable. Equal Housing Insurer. Coverage provided and underwritten by Liberty Mutual Insurance Company or its subsidiaries or affiliates, 175 Berkeley Street, Boston, MA 02116.
©2021 Liberty Mutual Insurance

LMPPHOME6 2021/06 V1



EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Exterior Plan:









OSIC_ASIAN COMMERCE_000664

EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Roofplan:





EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|

**ESTIMATE:** Structure — Claim #24220304, (ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION)

In progress

## EXTERIOR PLAN: Exterior Plan

### Exterior Plan

**Exterior:** 20,367.05 SF
**Footprint:** 0.00 SF
**Subtractions:** 7,029.11 SF
**Building perimeter (ground):** 47.03 LF






**DEPRECIATION NOTE: The building was in average condition. 18 years old.**

**ELEVATIONS**

| Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 1 Paint, 1 Coat - Stucco/EIFS | 10,183.53 | $0.68 | SF | $1,384.96 | $685.56 | $8,995.32 | $6,746.50 | $2,248.82 |
| 2 Prep & Mask For Painting (SF) | 10,183.53 | $0.27 | SF | $549.92 | $272.20 | $3,571.68 | $0.00 | $3,571.68 |
| This line item added to allow for over spray protection while painting the exterior of the structure. | | | | | | | | |
| 3 EFIS Labor | 4 | $471.06 | LS | $376.84 | $186.54 | $2,447.62 | $0.00 | $2,447.62 |
| This line item added to allow for (2) painters to make minor repairs to the EFIS. | | | | | | | | |
| Costs include 8 hours of labor based on two trips to the job site. Includes one-way travel time of 30 minutes. Also includes a material allowance. | | | | | | | | |

**GLASS & FRAMES**

| Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| 4 Remove - Reglazing, Double-Pane, Tempered Glass, 1/4" | 32.00 | $11.76 | SF | $75.26 | $37.26 | $488.84 | $0.00 | $488.84 |
| 5 Replace - Reglazing, Double-Pane, Tempered Glass, 1/4" | 32.00 | $44.93 | SF | $287.56 | $142.33 | $1,867.65 | $1,400.75 | $466.90 |
| Grade & Description: 1/4" thick, double-pane, tempered glass.<br><br>Includes: Labor, glass, setting blocks, gaskets, and caulk.<br><br>Excludes: Storefront framing or other framing/sash configurations.<br><br>Average Useful Life: 20 years<br><br>Note: For the installation of glass and glazing only. | | | | | | | | |
| 6 Rem/Reset - Reglazing, Double-Pane, Tempered Glass, 1/4" | 662.20 | $28.62 | SF | $3,790.44 | $1,876.27 | $24,618.88 | $0.00 | $24,618.88 |
| Labor to skillfully remove & reset glass.<br><br>Includes: Labor, setting blocks, gaskets, caulk, and storage on-site for later use. Reflects reduced labor productivity to limit damage to the material and its surroundings.<br><br>Excludes: Storefront framing or other framing/sash configurations. | | | | | | | | |
| 7 Adjustment, Upgrade to Tinted Glass, SF | 662.20 | $3.86 | SF | $511.22 | $253.05 | $3,320.36 | $2,490.27 | $830.09 |
| 8 Tear Out - Storefront, Anodized Aluminum Frame, Double-Pane, Tempered Glass | 694.20 | $7.64 | SF | $1,060.74 | $525.06 | $6,889.49 | $0.00 | $6,889.49 |



OSIC_ASIAN COMMERCE_000666

EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **ESTIMATE:** Structure — Claim #24220304, (ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION) | | | | | | | | |
| In progress | | | | | | | | |
| 9 Replace - Storefront, Anodized Aluminum Frame, Double-Pane, Tempered Glass | 694.20 | $51.06 | SF | $7,089.18 | $3,509.14 | $46,044.18 | $16,575.91 | $29,468.27 |
| Grade & Description: Anodized aluminum storefront framing, with double-pane tempered glass.<br><br>Includes: Labor, storefront framing, glass, glass constraint system, and fasteners.<br><br>Excludes: Storefront door.<br><br>Average Useful Life: 50 years | | | | | | | | |
| **EQUIPMENT RENTAL** | | | | | | | | |
| 10 Scaffolding Two Story (LF) | 34.23 | $11.63 | LF | $79.62 | $39.42 | $517.13 | $0.00 | $517.13 |
| 11 Scaffolding, Setup & Take Down | 5 | $145.22 | EA | $145.22 | $71.88 | $943.20 | $0.00 | $943.20 |
| Includes labor only to setup and take down a 20' high (160 SF) section of steel scaffolding. | | | | | | | | |
| This line item added x5 to allow for 694.20SF of scaffolding to be set-up and taken down. | | | | | | | | |
| 12 Bucket/Boom Lift 32' Per Week | 1 | $421.20 | EA | $84.24 | $0.00 | $505.44 | $0.00 | $505.44 |
| Tax override applied - State applied to materials. | | | | | | | | |
| Tax override applied - City applied to materials. | | | | | | | | |
| Tax override applied - Special applied to materials. | | | | | | | | |
| This line item added to allow for a week rental of a 32' foot boom lift to paint the structure. | | | | | | | | |
| 13 Trucking & Hauling, 1/2 Ton | 1 | $160.34 | LD | $32.06 | $15.87 | $208.27 | $0.00 | $208.27 |
| **Exterior Plan - Subtotal** *(24 items)* | | | | **$15,467.26** | **$7,614.58** | **$100,418.06** | **$27,213.43** | **$73,204.63** |
| **Interior/Exterior Other Damage** | | | | | | | | |
| **INTERIOR DAMAGE** | | | | | | | | |
| 14 Drywall Tape/Joint Repair | 5.00 | $7.14 | LF | $7.14 | $3.54 | $46.38 | $0.00 | $46.38 |
| **BRICK MASONRY WORK** | | | | | | | | |
| 15 Bricklayer's Work | 4 | $68.23 | HR | $54.58 | $27.03 | $354.53 | $0.00 | $354.53 |
| **MISSING TILE** | | | | | | | | |
| 16 Tear Out - Ceramic/Porcelain Tile, 4"x4", Wall, Good | 12.00 | $1.69 | SF | $4.06 | $2.00 | $26.34 | $0.00 | $26.34 |
| 17 Replace - Ceramic/Porcelain Tile, 4"x4", Wall, Good | 12.72 | $12.94 | SF | $32.92 | $16.30 | $213.81 | $0.00 | $213.81 |
| Includes 6% waste on quantity. | | | | | | | | |
| Grade & Description: Good grade, 4"x4", ceramic/porcelain tile.<br><br>Includes: Labor, ceramic/porcelain tile, thinset mortar, colored grout, and 6% waste.<br><br>Excludes: Backerboard.<br><br>Average Useful Life: 100 years | | | | | | | | |
| This repair can be made from the roof. | | | | | | | | |
| **Interior/Exterior Other Damage - Subtotal** *(7 items)* | | | | **$98.70** | **$48.87** | **$641.06** | **$0.00** | **$641.06** |
| **Exterior Plan - Subtotal** *(24 items)* | | | | **$15,565.96** | **$7,663.45** | **$101,059.12** | **$27,213.43** | **$73,845.69** |





EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|

**ESTIMATE:** Structure Claim #24220304, (ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION)

In progress





EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

**ESTIMATE:** Structure — Claim #24220304, (ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION)

In progress

| **EXTERIOR PLAN: Exterior Plan** | **Quantity** |
|---|---|
| Exterior | 20,367.05 SF |
| Footprint | 0.00 SF |
| Subtractions | 7,029.11 SF |
| Building perimeter (ground) | 47.03 LF |

| **ROOFPLAN: Roofplan** | **Quantity** |
|---|---|
| Roof area | 17,288.34 SF |
| Squares | 172.9 SQ |
| Ridge | 0.21 LF |
| Eaves | 103.24 LF |
| Soffit | 1,391.88 SF |

| **Recap by Area** | **Total Cost** | **Percentage** |
|---|---|---|
| Exterior Plan | $77,829.71 | 100.00% |
| Roofplan | $0.00 | 0.00% |
| **Total, all areas** | **$77,829.71** | **100.00%** |

| **Recap by Category** | **Total Cost** | **Percentage** |
|---|---|---|
| DMO - General Demolition | $160.34 | 0.21% |
| DRY - Drywall - DRY - Ceilings & Walls | $35.70 | 0.05% |
| EQP - Equipment Rentals | $1,545.39 | 1.99% |
| MAS - Masonry - MAS - Labor, Minimum Charge & Bid Items | $272.92 | 0.35% |
| PNT - Painting - PNT - Exterior | $6,924.80 | 8.90% |
| PNT - Painting - PNT - Labor, Minimum Charge & Bid Items | $1,884.24 | 2.42% |
| PNT - Painting - PNT - Mask & Protection | $2,749.56 | 3.53% |
| TIL - Tile | $184.87 | 0.24% |
| WDW - Windows - WDW - Reglazing & Repairs | $64,071.89 | 82.32% |
| **Total, all categories** | **$77,829.71** | **100.00%** |

| **Recap by Coverage** | **Total Cost** | **Percentage** |
|---|---|---|
| Building | $77,829.71 | 100.00% |
| **Total, all coverages** | **$77,829.71** | **100.00%** |





EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

**ESTIMATE:** Structure — Claim #24220304, (ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION)

In progress

| MATERIALS | Quantity | Purchase Qty | Total |
|---|---|---|---|
| Adjustment, Upgrade to Tinted Glass, SF | 662.20 SF | n/a | $2,556.09 |
| Ceramic/Porcelain Tile, 4"x4", Wall, Good (Replace) | 12.72 SF | n/a | $41.21 |
| Drywall Tape/Joint Repair | 5.00 LF | n/a | $1.35 |
| EFIS Labor | 4 LS | n/a | $66.00 |
| Prep & Mask For Painting (SF) | 10,183.53 SF | n/a | $509.18 |
| Reglazing, Double-Pane, Tempered Glass, 1/4" (Rem/Reset) | 662.20 SF | n/a | $781.40 |
| Reglazing, Double-Pane, Tempered Glass, 1/4" (Replace) | 32.00 SF | n/a | $601.60 |
| Storefront, Anodized Aluminum Frame, Double-Pane, Tempered Glass (Replace) | 694.20 SF | n/a | $25,116.16 |
| Stucco/EIFS (Paint, 1 Coat) | 10,183.53 SF | n/a | $1,629.36 |
| Trucking & Hauling, 1/2 Ton | 1 LD | n/a | $56.07 |
| | | | **$31,358.42** |

| LABOR | Quantity | Rate | Total |
|---|---|---|---|
| 1 BRICKLAYER | ~4.00 hrs | $68.23 | $272.92 |
| 1 CMTMAS & 1 LBR | ~32.00 hrs | $56.82 | $1,818.24 |
| 1 DRYWALLER | ~0.43 hrs | $80.26 | $34.35 |
| 1 LABORER | ~18.45 hrs | $45.38 | $837.14 |
| 1 PAINTER | ~112.02 hrs | $67.75 | $7,535.82 |
| 1 TILE & 1 LBR | ~2.04 hrs | $60.61 | $123.38 |
| EXTERIOR FINISHES INSTALLER | ~329.78 hrs | $90.10 | $29,712.95 |
| EXTERIOR LABORER | ~72.27 hrs | $73.40 | $5,303.69 |
| | **~570.99 hrs** | | **$45,638.49** |

| EQUIPMENT | Quantity | Total |
|---|---|---|
| Bucket/Boom Lift 32' Per Week | 1 EA | $421.20 |
| Scaffolding Two Story (LF) | 34.23 LF | $398.09 |
| Trucking & Hauling, 1/2 Ton | 1 LD | $13.51 |
| | | **$832.80** |



EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

**ESTIMATE:** Structure — Claim #24220304, (ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION)

In progress

| | |
|---|---|
| Total Materials: | $31,358.42 |
| Total Labor: | $45,638.49 |
| Total Equipment: | $832.80 |
| **Subtotal:** | **$77,829.71** |
| | |
| Add 10.00% overhead (some items excluded): | $7,782.98 |
| Add 10.00% profit (some items excluded): | $7,782.98 |
| State 6.250% (applies to materials, labor, equipment and O&P, some items overridden): | $5,805.65 |
| City 1.000% (applies to materials, labor, equipment and O&P, some items overridden): | $928.90 |
| Special 1.000% (applies to materials, labor, equipment and O&P, some items overridden): | $928.90 |
| **Replacement Cost Value:** | **$101,059.12** |
| | |
| Replacement Cost on Coverage Building ($3,224,201.00 limit): | $101,059.12 |
| Less Recoverable Depreciation: | $(27,213.43) |
| **Net Actual Cash Value on Coverage Building:** | **$73,845.69** |
| Recoverable Depreciation: | $27,213.43 |
| Net Coverage Building if Depreciation Is Recovered: | $101,059.12 |
| | |
| Deductible ($64,484.02): | $(64,484.02) |
| **Net Estimate:** | **$9,361.67** |
| | |
| Total Net Recoverable Depreciation: | $27,213.43 |
| **Net Estimate if Depreciation Is Recovered:** | **$36,575.10** |

Finalization



EXHIBIT E

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## ESTIMATE SUMMARY

| Estimate Name | Subtotal |
| --- | --- |
| **Total** | **$0.00** |



EXHIBIT E