Liberty Mutual INSURANCE

**Liberty Mutual Insurance**
P.O. Box 5014
Scranton, PA 18505-5014

Date: 10/6/2024

Giuliana Delgado
National Insurance Advocate
5900 Balcones Dr. #100
Austin, TX 78731

| | | |
|---|---|---|
| RE: | Insured: | Asian Commerce Center Property Owner Association |
| | Loss Location: | 6833 W Sam Houston Pkwy S, Houston, TX 77072 |
| | Loss Location State: | TX |
| | Date of Loss: | 7/8/2024 |
| | Policy Number: | BKS615921905 |
| | Policy Effective Dates: | 6/19/2024 To 6/19/2025 |
| | Claim Number: | 24220304 |
| | Underwriting Company: | Ohio Security Insurance Company |

Dear Giuliana Delgado:

This letter is to inform you that we have conducted an investigation of your claim for wind damage at the above-referenced location. We have completed our review of the information provided by you or on your behalf. The following is a summary of our findings and position on coverage for the claim asserted.

The insurance policy issued to Asian Commerce Center Property Owner Association provides coverage subject to the policy terms and conditions. Based on our investigation and review of the policy, there is partial coverage available for your loss as outlined below.

**THE CLAIM**

Our first notice of loss was on 8/29/2024. It was reported that wind damaged the structure..

Our investigation of your claim revealed the following relevant information:

An inspection was performed on 09/18/2024. The inspection confirmed cosmetic damage to the exterior EFIS and brick portions of the structure. Wind damage was also confirmed to windows and frames on the right elevation. Brick mortar was observed to be damaged several elevations. This damage was determined to be caused by wear, tear, deterioration, settling, and cracking. Evidence of a water leak was observed on the wall sheathing just below the windows in the enclosed area just above the elevator shaft. It was determined this damage was caused by repeated seepage or leakage of water 14 days or more and/or wind driven rain. No storm created openings were observed.



EXHIBIT F

**THE POLICY**

With regard to your Policy, we refer you to the following relevant provisions contained in the **CP 00 17 10 12 Condominium Association Coverage Form:**

**COMMERCIAL PROPERTY**
**CP 00 17 10 12**

# CONDOMINIUM ASSOCIATION COVERAGE FORM

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

***

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

***

We also refer you to the following relevant provisions contained in the **CP 10 30 10 12 Causes of Loss - Special Form:**

**COMMERCIAL PROPERTY**
**CP 10 30 10 12**

# CAUSES OF LOSS - SPECIAL FORM

***

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B.** Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

***

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

***

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

***

**d. (1) Wear and tear;**

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;





EXHIBIT F

***

**(4)** Settling, cracking, shrinking or expansion;

***

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

***

**3.** We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

***

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;
(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
(3) Materials used in repair, construction, renovation or remodeling; or
(4) Maintenance; of part or all of any property on or off the described premises.

**APPLICATION OF POLICY**

Coverage extended for the cosmetic damage to the EFIS, brick, and damaged windows and frames. Interior damage to ceiling drywall within the elevator mechanical room.

In an effort to alert you to the basis of the denial of coverage, we list below the grounds under which all aspects of the claim are not covered under the policy. It is our intent to incorporate by reference all of the terms of the policy through this partial denial of coverage letter. Based upon the information available to date, the grounds for the partial denial of coverage under the policy, or under applicable law, with respect to the claim, include, but are not limited to, the following:

Coverage cannot be extended for missing brick mortar. This damaged was caused by settling and cracking. Additionally, no coverage extended to the water damaged wall sheathing in the enclosed area above the elevator shaft. This damage was determined to be caused by continuous or repeated seepage or leakage of water that occurs over a 14-day period, and wind driven rain.

Based on the above we find partial coverage under the terms and conditions of your policy for the costs claimed in connection with your asserted claim and therefore partially deny your claim. In view of the absence of coverage, we make no comment relative to the amount of loss or damage but include those issues within the rights reserved.

If you have any questions about the content of this letter or the terms and provisions of your policy of insurance, please do not hesitate to call me.

The foregoing is not intended to waive any defenses which are now, or which may hereafter become available to us.

The foregoing does not constitute a waiver of any term, condition, or exclusion of the insurance policy or any rights and defenses under the policy, and we hereby expressly reserve all of our rights and defenses thereunder.

We also refer you to the following relevant provisions contained in the **CP 01 42 03 12 Texas Changes:**

**COMMERCIAL PROPERTY**
**CP 01 42 03 12**

# TEXAS CHANGES

***

**B. Legal Action Against Us**

**1.** The Legal Action Against Us Commercial Property Condition is replaced by the following, except as provided in **B.2.** below:

**Legal Action Against Us**

**a.** Except as provided in Paragraph b., no one may bring a legal action against us under this Coverage Part unless:

**(1)** There has been full compliance with all of the terms of this Coverage Part; and

**(2)** The action is brought within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

***

If you have any questions regarding your claim, please feel free to contact me at (346) 435-5196

Sincerely,

James Thomas
Sr. Property Adjuster I
Small Commercial Claims
Houston, TX

cc: Jacobson & Associates
9894 Bissonnet St. Ste 340
Houston, TX 77036



EXHIBIT F