**From:**"PACHECO, MARIE" <MARIE.PACHECO@LibertyMutual.com>
**Sent:**Sun, 6 Oct 2024 21:34:38 +0000
**To:**"guiliana@nia.law" <guiliana@nia.law>
**Subject:**Claim Payment Information - Claim # 24220304
**Attachments:**Asian commerce estimate.pdf, 24220304 Asian Commerce CPL (002) (P).pdf

Liberty Mutual.
INSURANCE

Dear Guiliana,

We issued payment in the amount of $64,484.02 to you and our insured on October 6, 2024, for the actual cash value of their loss. The check will arrive separately and usually takes 5-10 business days.

The actual cash value is calculated by taking the current cost to replace the damaged or destroyed item(s) and subtracting depreciation and the policy deductible. Depreciation is the loss in value of the damaged or destroyed item(s) and was calculated using the age, useful life, and condition of the damaged property. These amounts are outlined in the estimate/report. If you believe your items are a different age or condition than what is listed, please return a copy of the detailed report with any edits, additions, deletions, plus differences in age and condition to your claims representative or call us to discuss these items in detail for further consideration.

**Here is how the actual cash value was calculated for your claim:**

| | |
|---|---|
| Cost to replace | $ 101,059.12 |
| Depreciation | -$ 27,213.43 |
| Your policy deductible | -$ 64,484.02 |
| Actual cash value to you | $ 9,361.67 |

**Replacement Cost Coverage**
In addition to actual cash value, your policy provides replacement cost coverage that may entitle you to an additional payment if the cost to repair or replace your damaged item(s) exceeds the actual cash value. To determine if your claim qualifies for replacement cost coverage, you can provide documentation that supports the replacement; this may include receipts, invoices, bills, or cancelled checks (front and back).

You may send the documentation to me by responding to this email, or by using the fax number or mailing address below. **Please include your claim number on all documents.**

| | |
|---|---|
| Fax: | 888-268-8840 |
| Mail: | Processing Center<br>P.O. Box 5014<br>Scranton, PA 18505-5014 |



**EXHIBIT G**