**Darji, Zarna**

| | |
|---|---|
| **From:** | Alvarez, Christopher |
| **Sent:** | Friday, January 3, 2025 1:25 PM |
| **To:** | Giuliana Delgado |
| **Cc:** | adriane@jacobsoninsure.com; grant@jacobsoninsure.com; sindy@texasgeorgerealty.com; felix.lu@texasgeorgerealty.com; john.ou@texasgeorgerealty.com |
| **Subject:** | Reservation of Rights (ROR) and Request for Information (RFI) - ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION - 24220304 |
| **Attachments:** | Reservation of Rights letter .pdf |

Dear Giuliana Delgado,

Please see the attached correspondence.

Thank you,

**CHRISTOPHER ALVAREZ**
General Adjuster
Property Large Loss

Liberty Mutual Insurance
Orange, CA
Office: 916-761-0788
Policy Underwritten by Ohio Security Insurance Company

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 714-922-4972, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

Liberty Mutual Insurance
P.O. Box 5014
Scranton, PA 18505-5014

January 3, 2025

*Sent via email only*

ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION
Attn: Giuliana Delgado (Attorney Rep.)
2750 SW 145th Ave, Suite 509
Miramar, FL 33027

| | | |
|---|---|---|
| RE: | Insured: | ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION |
| | Loss Location: | 6833 W Sam Houston Pkwy S, |
| | Loss Location State: | Houston, TX 77072-5248 |
| | Date of Loss: | 7/08/2024 |
| | Policy Number: | BKS (25) 61 59 21 90 |
| | Policy Effective Dates: | From 06/19/2024 To 06/19/2025 |
| | Claim Number: | 24220304 |
| | Underwriting Company: | Ohio Security Insurance Company |

Dear Giuliana Delgado,

We are writing to inquire about investigating the loss for the reported hurricane damage to the insured roof, exterior wall elevations, interior water damage and soft metals at the above-referenced location.

The insurance policy issued to the Asian Commerce Center Property Owner Association provides coverage subject to the policy terms and conditions. Based on the insured's policy, available information, and review, we advise you of policy provisions that may apply to the loss. Please note that we continue to investigate the loss under a reservation of rights, and upon completion of our investigation, we will provide you with our coverage position.

**THE LOSS**

Our first notice of loss was on August 29, 2024. The Ohio Casualty Insurance Company issued the insurance policy to the Asian Commerce Center Property Owner Association effective 06/19/2024 to 06/19/2025.

You have reported hurricane damage to the insured roof, exterior walls, and interior space related to CAT D448—Hurricane Beryl, which passed through the area from 07/07/2024 to 07/11/2024.



**EXHIBIT H**

We understand that the building was occupied and partially vacant at the time of the loss. The property manager and tenants discovered the damage, reported interior damage after the storm, and claimed the damage was due to the reported hurricane event.

The Ohio Security Insurance Company continues to investigate the claim. Once that investigation is complete, the Company will determine the cause of the loss and whether coverage is available for the claimed damages. The Company reserves all rights under the policies issued to the Asian Commerce Center Property Owner Association and under the law.

**THE POLICY**

About the Policy, we refer you to the following relevant provisions contained in the **Condominium Association Coverage Form - CP 00 17 10 12**, policy number BKS (25) 61 59 21 90, effective 06/19/2024 to 06/19/2025, which states in part:

***

**CONDOMINIUM ASSOCIATION COVERAGE FORM**

***

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

***

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

***

We also refer you to the following additional relevant provisions contained in the **CAUSES OF LOSS SPECIAL FORM - CP 10 30 10 12**, which states in part:

**CAUSES OF LOSS - SPECIAL FORM**

Words and phrases that appear in quotation marks have special meaning. Refer to Section G. Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

***

**g.** **Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

***

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

***

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

***

**(4)** Settling, cracking, shrinking or expansion;

***

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

***

**3.** We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

***

**c.** Faulty, inadequate or defective:





EXHIBIT H

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance; of part or all of any property on or off the described premises.

***

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

***

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

***

**G. Definitions**

***

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

***

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear. To the extent that accidental discharge or leakage of water falls within the criteria set forth in c.(1) or c.(2) of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

***

**INVESTIGATION UNDER A RESERVATION OF RIGHTS**

We fully and completely reserve our rights under the Policy and applicable law to apply the above provisions to the loss which may impact the coverage at a later date as warranted. Please note that other provisions of the policy may also be relevant to the loss, and we reserve the right to rely on all such provisions. It is our intent to incorporate, by reference, all of the terms and conditions of the Policy through this reservation of rights.

Neither this letter nor any investigation by us is an admission or denial of coverage and does not waive any rights or duties of either party under any policy issued by us. Anything done or to be done by us or on our behalf, in connection with the above-described matter, including, but not limited to, any investigation into the cause or amount of loss or other matter relative thereto, shall not waive, invalidate, forfeit, or modify any of our rights and defenses under the policies we have issued, at law, in equity or otherwise.

Any person who knowingly and with the intent to defraud any insurer provides false or misleading information concerning any fact material to a risk to be insured or to a claim for loss or benefits may be guilty of a crime.

Concerning the insured policy, we refer you to the following relevant provisions contained in the **TEXAS CHANGES – Form CP 01 42 03 12,** which states in part:

## TEXAS CHANGES

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART STANDARD PROPERTY POLICY**

***

B. **Legal Action Against Us**

**1.** The **Legal Action Against Us** Commercial Property Condition is replaced by the following, except as provided in B.2. below:

**Legal Action Against Us**

**a.** Except as provided in Paragraph b., no one may bring a legal action against us under this Coverage Part unless:

**(1)** There has been full compliance with all of the terms of this Coverage Part; and

**(2)** The action is brought within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

**b.** With respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, no one may bring a legal action against us under this Coverage Part unless:

**(1)** There has been full compliance with all the terms of this Coverage Part; and

**(2)** The action is brought within the earlier of the following:

**(a)** Two years and one day from the date we accept or reject the claim; or

**(b)** Three years and one day from the date of the loss or damage that is the subject of the claim.

***



EXHIBIT H

**REQUEST FOR INFORMATION AND DOCUMENTS**

We are evaluating the information you recently submitted on behalf of your client, the Asian Commerce Center Property Owner Association, to determine its impact on the client's insurance claim. We have retained engineer Sokoli, Drit of Thornton Tomasetti, and building consultant Mike A. Freestone of DBI Consultants as part of our evaluation.

Thornton Tomasetti, Inc. (TT) is to perform an engineering evaluation of the Asian Commerce Center at 6833 W Sam Houston Pkwy S, Houston, in connection with the damage reportedly caused by Hurricane Beryl. TT's engagement pertains to evaluating the scope of damage to the building envelope and identifying any related water intrusion issues. As part of their investigation and to ensure a thorough evaluation, they are requesting the following information:

- A list or description of the specific damages to the roof, exterior walls, and interior areas being claimed as related to the hurricane event.
- Copies of any photographs or videos documenting the reported property damage, including exterior and interior areas, taken after the event.
- Document any repairs or mitigation measures conducted on the property since the date of loss. This includes descriptions of work performed, repair invoices, contractor reports, or relevant receipts.
- Any prior reports, assessments, or correspondence regarding the claim or damage assessment.

DBI Consultants (DBI) is to perform the building measurement of the Asian Commerce Center at 6833 W Sam Houston Pkwy S, Houston, in connection with the storm damage caused by Hurricane Beryl. DBI's engagement pertains to estimating the building's storm damage and assisting Liberty Mutual with reaching an agreed cost for repairs with the insured contractor. As part of their investigation and since the contractor will not be presented during the inspection for questions, they are requesting the following information:

- How old is the building, and how long has your client owned it?
- What is the roof's age and what is the list of repairs to the roof post claim?
- Has the roof continued leaking, or has it been temporarily repaired?
- What is your Period of Restoration (Completion date)?
- What does your scope consist of (what do you plan on replacing)?
- Do you anticipate any Code upgrades needed to complete this repair?
- If so, what are they, and how do they apply to the current code?
- When do you plan on beginning the repair?

**CONCLUSION**

At this time, Liberty Mutual will investigate your claim. Once that investigation is complete, Liberty Mutual will decide regarding the cause of the loss and any coverage for your claimed damages. Liberty Mutual reserves all rights under the policies issued to the Asian Commerce Center Property Owner Association and under the law.

We request that this information be provided as soon as possible to allow sufficient time for review before our scheduled visit to the site on January 8, 2025**.** If you have any questions, concerns, or constraints regarding the requested materials, please do not hesitate to contact me at 916-761-0788. My office hours are from 8:00 a.m. to 4:30 p.m. PST. Our fax number is 1.888.268.8840.

Sincerely,

Christopher Alvarez
General Adjuster
Liberty Mutual Insurance
Tel: (916)761-0788
Email: christopher.alvarez@LibertyMutual.com
Policy Underwritten by Ohio Security Insurance Company

CC:

- adriane@jacobsoninsure.com
- grant@jacobsoninsure.com
- sindy@texasgeorgerealty.com
- felix.lu@texasgeorgerealty.com
- john.ou@texasgeorgerealty.com



EXHIBIT H