**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

1



2





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

3



4




EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

5



6





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

7



8






**EXHIBIT I**

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

9




10





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

11



12



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

13



14





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

15



16




EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

17


18




EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

19


20




EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

21



22





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

23


24




EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

25



26





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

27




28





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

29




30






EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

31



32



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

33


34


**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

35



36





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

37



38





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

39


40


**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

41




42





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

43


44


**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

45



46



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

47



48








**EXHIBIT I**

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

49


50





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

51



52





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

53


54


**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

55



56



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# NGA inspection photos :

57




58




EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

59



60





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

61



62





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

63



64





EXHIBIT I

**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA inspection photos :

65


**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## NGA final reinspection:

1



2





EXHIBIT I