**Thornton Tomasetti**

# Building Envelope **Evaluation**

**6833 W Sam Houston Pkwy S, Houston, TX 77072**

| | |
|---|---|
| **Insured:** | **Asian Commerce Center** |
| **Loss Address:** | **6833 W Sam Houston Pkwy S, Houston, TX 77072** |
| **Type of Loss:** | CAT Beryl |
| **Liberty Mutual Claim No.:** | **24220304** |
| **Thornton Tomasetti:** | **24012685.01** |
| **Date of Loss:** | **July 8, 2024** |

**Prepared For**

**Christopher Alvarez**
**General Adjuster**
**Property Large Loss**
**Liberty Mutual Insurance**
**Orange, CA**

**Prepared By**

**Drit Sokoli, Ph.D., P.E.**
**Associate**

**Christian Decrock**
**Project Engineer**

**Helen Abbott**
**Engineer**

STATE OF TEXAS
DRIT SOKOLI
154370
LICENSED PROFESSIONAL ENGINEER
02/07/2025

**Thornton Tomasetti, Inc.**
**1101 West 40th Street, Suite 101**
**Austin, TX 78756**
**Texas Firm Registration No. F-2914**
**www.ThorntonTomasetti.com**

**February 7, 2025**



**EXHIBIT J**

## Table of Contents

**1.0 Introduction and Project Overview ..... 1**
**2.0 Property Description ..... 1**
**3.0 Weather Information ..... 2**
3.1 General Path of the Event ..... 3
3.2 Weather Data for the Subject Property ..... 4
**4.0 Historical Imagery Review ..... 4**
**5.0 Document Review ..... 6**
**6.0 Site Investigation ..... 7**
6.1 Reported Information ..... 7
6.2 Site Observations ..... 8
**7.0 Analysis and Discussion ..... 9**
7.1 Weather and Characteristics of Wind-Related Distress ..... 9
7.2 Document Review Analysis ..... 10
7.3 Roof ..... 11
7.4 Exteriors ..... 12
7.5 Interiors ..... 13
**8.0 Conclusions ..... 13**
**9.0 Limitations ..... 14**

## Appendices

Appendix A **Photographs by Thornton Tomasetti**

Appendix B **Weather Reports**

Appendix C **Historical Images**





EXHIBIT J

## 1.0 Introduction and Project Overview

Thornton Tomasetti, Inc. (TT) was engaged by Liberty Mutual Insurance (LMI) to perform an engineering evaluation of the existing 2-story building located in Houston, Texas following a named storm event, Hurricane Beryl, that occurred on July 8, 2024 (the date of loss). The purpose of our evaluation was to determine the scope of damage to the subject property caused by the event, including scope of damage to the building envelope, and to determine any potential damage from the event that caused water to enter the interior of the building. The scope of work of our assessment included one site visit to the subject property to photo document the reported distressed conditions, review of available project documentation including publicly available weather information, historical aerial imagery, documents related to the claim provided by LMI, and preparation of this report describing the findings of our assessment.

## 2.0 Property Description

The subject property consisted of an existing 2-story commercial building located at 6833 W Sam Houston Pkwy S, Houston, TX 77072. The building was approximately 35,000 square feet (sf) and contained various retail/office spaces for separate tenant entities. The property was constructed in 2006[1].

The exterior façade was clad with stucco and/or Exterior Insulation Finishing Systems (EIFS). The roofing system appeared to consist of a modified bitumen (mod-bit) membrane. There was also a high roof with steel roofing panels over the elevator shaft. **Figure 1-3** depict various views of the building for reference.




**Figure 1**: Aerial plan view of the subject property. [Source: Nearmap, 2024]

[1] 6833 W Sam Houston Pky S, Houston, TX 77072 - Asian Commerce Center | LoopNet



**Figure 2**: Aerial isometric view of the subject property. [Source: Nearmap, 2024]




**Figure 3**: Street view of the western face of the subject property. [Source: Google Earth Pro, 2024]

## 3.0 Weather Information

Tropical cyclone Hurricane Beryl moved from the Gulf of Mexico, through the Houston area on July 8, 2024, according to several National Oceanic and Atmospheric Administration (NOAA) hurricane Beryl advisories[2]. A NOAA advisory[3] on July 8, 2024, stated the following at 2AM CDT, "*Beryl is nearing the middle Texas coast and is expected to make landfall within the next few hours. Conditions are deteriorating with dangerous storm surge and flash flooding. Sustained tropical-storm-force winds and hurricane-force wind gust have already been reported along the coast.*" NOAA[4] provides the following description of a tropical cyclone:

---

[2] https://www.nhc.noaa.gov/archive/2024/BERYL.shtml?
[3] https://www.nhc.noaa.gov/archive/2024/al02/al022024.update.07080357.shtml?
[4] https://www.nhc.noaa.gov/

*A tropical cyclone is a rotating, organized system of clouds and thunderstorms that originates over tropical or subtropical waters and has a closed low-level circulation. Tropical cyclones rotate counterclockwise in the Northern Hemisphere. They are classified as follows:*

- *Tropical Depression: A tropical cyclone with maximum sustained winds of 38 mph or less.*
- *Tropical Storm: A tropical cyclone with maximum sustained winds of 39 to 73 mph.*
- *Hurricane: A tropical cyclone with maximum sustained winds of 74 mph or higher.*

## 3.1 General Path of the Event

According to NOAA[5], at 10PM CDT on July 7, 2024, Beryl was forecasted to make landfall as a hurricane along the Texas coast early on July 8 with wind speeds near 75 mph. At 5AM CDT, on July 8, Beryl was moving inland over eastern Texas with life-threatening storm surge and heavy rainfall[6]. Beryl was 20 miles Northwest of Houston by 10AM CDT with maximum sustained winds of 70 mph[7]. The tropical cyclone moved towards eastern Texas with risks of tornadoes across eastern Texas, western Louisiana and Arkansas by 7PM CDT on July 8, 2024[8]. **Figure 4** shows the path of the tropical cyclone.




**Figure 4**: Path of Hurricane Beryl [Source NOAA; Annotations by TT]

[5] https://www.nhc.noaa.gov/archive/2024/al022024.update.07080357.shtml?
[6] https://www.nhc.noaa.gov/archive/2024/al02/al022024.update.07080953.shtml?
[7] https://www.nhc.noaa.gov/archive/2024/al02/al02/al022024.public.040.shtml?
[8] https://www.nhc.noaa.gov/archive/2024/al02/al022024.public_a.041.shtml?


OSIC_ASIAN COMMERCE_001055
EXHIBIT J

### 3.2 Weather Data for the Subject Property

TT reviewed available weather data from NOAA's Local Climatological Data (LCD)[9] for the Houston Intercontinental Airport (IAH) and Houston Hobby Airport (HOU) referenced in **Appendix B**. **Table 1** provides a summary of the LCD from both airports. The IAH airport is approximately 30 miles northeast and the HOU airport is approximately 22 miles southeast of the subject property. The airport weather stations provided the following weather data for July 8, 2024:

- Peak sustained wind speed: 62 mph (IAH) and 58 mph (HOU).
- Peak wind gust speed: 83 mph (IAH) and 84 mph (HOU).
- Precipitation: 4.72 inches (IAH) and 6.65 inches (HOU).

**Table 1:** Summary of the LCD Houston observations during the event.

| Time | IAH Data | | | HOU Data | | |
|---|---|---|---|---|---|---|
| | Wind Speed | Max Gust | Direction | Wind Speed | Max Gust | Direction |
| 5:09 AM | 37 mph | 59 mph | 080 | 39 mph | 68 mph | 090 |
| 7: 53 AM | 52 mph | 79 mph | 130 | 54 mph | 84 mph | 150 |
| 8:23 AM | 51 mph | 83 mph | 120 | NA | NA | NA |
| 9:23 AM | 42 mph | 82 mph | 150 | NA | NA | NA |
| 11: 53 AM | 32 mph | 57 mph | 200 | 32 mph | 46 mph | 210 |
| 1:53 PM | 29 mph | 40 mph | 220 | 21 mph | 29 mph | 230 |
| 3:53 PM | 17 mph | 29 mph | 250 | 16 mph | 28 mph | 250 |
| Max | 62 mph | 83 mph | 130 | 58 mph | 84 mph | 160 |

## 4.0 Historical Imagery Review

Thornton Tomasetti obtained historic imagery from commercially available websites such as Nearmap, Google Earth, and Vexcel. Selected representative historical aerial images are included in **Appendix C** for reference. The following is a summary of our observations from the historical imagery review:

- The current modified bitumen (mod-bit) roofing system following the date of loss appears consistent with the roofing system present in the beginning of 2010. The high steel roof over the elevator shaft also appears consistent with the roofing system present at that time (**Appendix C, Photos 1-5**).

- Marks are visible in the stucco on the western face of the subject property in June 2024 (**Figure 8**).

- There are isolated instances of missing trim, displaced trim, and discolored trim on the windows of the elevator shaft in June 2024 (**Figure 6:** Missing trim on the windows of the elevator shaft in June 2024 (Source: Google Street View, 2025; Annotations by TT)**Figure 6 and Figure 7**).

[9] https://www.weather.gov/ spc.noaa.gov/




**Figure 5:** Marks in the stucco on the western face of the subject property in June 2024 (Source: Google Earth Pro, 2024; Annotations by TT)




**Figure 6:** Missing trim on the windows of the elevator shaft in June 2024 (Source: Google Street View, 2025; Annotations by TT)



**Figure 7:** Displaced and discolored trim on the windows of the elevator shaft in June 2024 (Source: Google Street View, 2025; Annotations by TT)

## 5.0 Document Review

The following documents in **Table 2** were provided to TT by LMI and were reviewed as part of our evaluation:

**Table 2**: Received Documents

| Date | File Name | Designer/Author |
|---|---|---|
| 7 August 2024 | Asian-commerce-cente_final-estimate completed by Restore | Restore Zone |
| 9 January 2025 | Adjuster estimate | Liberty Mutual Insurance |
| 9 January 2025 | EXT and Roof plan | Liberty Mutual Insurance |
| 9 January 2025 | Field Photos | Liberty Mutual Insurance |

The document "Field Photos" provided to TT includes images of a group of marks in the stucco on the western face of the subject property by the stairs on the NW corner of the building (**Figure 8**). TT was informed by LMI that this inspection was performed on 9/18/2024.



**Figure 8:** Marks in the stucco on the western face of the subject property (Source: "Field Photos"; Annotations by TT)

## 6.0 Site Investigation

TT engineers visited the subject property on a one-day site visit on January 8, 2025, to document the existing conditions of the property. The following representatives were present during the site visits:

- Thorton Tomasetti: Drit Sokoli, P.E., Helen Abbott, EIT and Christian Decrock
- Liberty Mutual Insurance: Christopher Alvarez (General Adjuster)
- DBI Consultants: Mike Freestone and Zoe Higgins (Building Consultants)

During our site visit, TT observed the building exterior (including exterior walkways and stairs), accessed limited interior spaces including units 103, 105 and 208, the elevator shaft, and the roof. TT had limited access to other interior spaces of the subject property and the area between the ceilings and the roof. Our evaluation consisted of visual observation and documentation of readily accessible elements of the structure and building envelope, and did not involve destructive probes or removal of wall, floor, or roof coverings.

### 6.1 Reported Information

The following information was reported to TT during the site visit by the respective personnel of each unit:

- The employees of unit 103 reported no water intrusion in their unit.
- The employees of unit 105 reported water intrusion on the ceiling of the unit.
- The security personnel of unit 208 reported water intrusion on the ceiling of the unit.


OSIC_ASIAN COMMERCE_001059
EXHIBIT J

## 6.2 Site Observations

The following sections include a summary of our observations. The observations are intended to be general unless otherwise specified. Selected representative photographs of noted conditions are included in **Appendix A** and referenced in this report. All photos produced by TT can be made available upon request.

### 6.2.1 Roof Observations

- The metal roof flashing was present at the four corners of the building's roof and appeared to be in general good condition (**Appendix A, Photos 1-4**).
- TT observed typical cracking in the bitumen membrane in both the surface of the membrane away from edge seals and at the edge seals (**Appendix A, Photos 5-8).**
- Sealant was applied over the mod-bit roofing membrane at several locations over the roof (**Appendix A, Photos 9-10**).
- TT observed sealant repairs between the seams of roof membranes at several locations (**Appendix A, Photos 11-12**).
- At several locations of applied sealant, TT observed seam separation and granular loss between membrane sheets (**Appendix A, Photos 13-16**).
- TT observed cracked sealant at the parapet wall cap joints on the east side of the roof. Sealant was applied between the seams of the membrane sheets at the sloped roof on the east side (**Appendix A, Photos 17-18**).
- TT observed cracked sealant above the flashing termination bar at the north side of the roof (**Appendix A, Photos 19-20**).
- There was dark grey discoloration on top of the roofing membrane by the elevator shaft wall on the south side (**Appendix A, Photo 21**).
- On top of the roof membrane, there were several locations with granular loss (**Appendix A, Photo 22**).
- Patch repairs were observed on the east side of the roof and appeared to be in general good condition (**Appendix A, Photos 23-24**).
- These patch repairs appear to be unremarkable, with cracks observed at the edge sealant (**Appendix A, Photos 23-24**).
- TT did not observe areas that had failed or been damaged due to uplift wind forces acting on the roof membrane (**Appendix A, Photos 25-26**).
- Based on the review of drone imagery, there was no distress observed on the high metal roof structure. Stains were observed at the sheathing on the wall around the window. (**Appendix A, Photos 27-28**).
- TT observed staining on the sheathing on the wall around the windows inside the elevator shaft (**Appendix A, Photos 29-30**).
- TT did not access the space above the 2nd floor ceiling and directly below the roof.


OSIC_ASIAN COMMERCE_001060
EXHIBIT J

### 6.2.2 Exterior Observations

- Two of the windows surrounding the elevator shaft on the south side had missing window panels that had been temporarily boarded up (**Appendix A, Photos 31-34**).
- At several locations, window trims surrounding the elevator shaft on the south side were missing, displaced or discolored (**Appendix A, Photos 35-41**).
- Sealant was observed on the trim of a window on the elevator shaft (**Appendix A, Photo 42**).
- TT observed typical widespread cracking on the brick and mortar on the façade of the elevator shaft (**Appendix A, Photos 43-46**).
- TT observed separation and cracks on brick wall surrounding elevator shaft (**Appendix A, Photos 47-52**).
- TT observed separation and cracks at the brick cladding wall surrounding the building columns (**Appendix A, Photos 53-57**).
- Separation and cracks at wall and header by Northwest stair (**Appendix A, Photos 58-62**).

### 6.2.3 Interior Observations

- TT observed separation of column finishes on the east side of the elevator shaft (**Appendix A, Photos 63-64**).
- Water stains in a ceiling tile of unit 105 (**Appendix A, Photos 65-66**).
- Water stains and damage in the ceiling gypsum board material of unit 208 (**Appendix A, Photos 67-72**). Stains exhibit tide marks and paint deteriorated ceiling (**Appendix A, Photos 70**).
- No signs of water intrusion were identified in unit 103.
- TT had limited access to other interior spaces at the subject property and as such was unable to provide observations for those spaces.

## 7.0 Analysis and Discussion

### 7.1 Weather and Characteristics of Wind-Related Distress

The National Oceanic and Atmospheric Administration (NOAA) uses the Saffir-Simpson Hurricane Wind Scale to categorize the strength of tropical storms and hurricanes. The Saffir-Simpson Hurricane Wind Scale utilizes maximum sustained[10] wind speeds for the determination of hurricane strength. The tropical storm sustained wind speeds can range from 39 to 73 mph. Hurricane strength sustained wind speeds begin at 74 to 95 mph (Category 1 storm) and go as high as 157 mph or higher (Category 5 storm). The NOAA weather reports indicated sustained wind speeds of approximately 62 mph, and peak wind gust speeds of approximately 84mph, located approximately 22 miles from the subject property. Therefore, based on the available weather data, the subject property experienced tropical storm wind speeds.

[10] Maximum Sustained Wind is defined the peak 1-minute wind at the standard meteorological observation height of 10 m (33 feet) over unobstructed exposure, The Saffir-Simpson Hurricane Wind Scale by The Saffir Team (Schott, T., Landsea, C., Hafele, G., Lorens, J., Taylor, A., Thurn, H. Ward, B., Willis, M., and Zaleski, W.

During a major wind event, the magnitude of wind forces increases with an increase in wind speed. Wind forces tend to be greatest at the edges, ridges, and corners of a building. Therefore, the first indications of wind distress will typically be located on the edges and corners near the top of a structure. The damage typically consists of the displacement of the roof coverings, deformation of the flashing, soffits, awnings, and/or various rooftop appurtenances. Additionally high-speed winds can lift debris and cause damage due to impact. The wind forces and distress exerted on a building are typically perpendicular (out of plane) to the exterior walls and other vertical surfaces. A building constructed utilizing standard construction methods will generally incur damage to its roof and wall coverings prior to any damage to the building structure or interior.

## 7.2 Document Review Analysis

In TT's review of the provided documents, there is a document titled "Field Photos" which includes images of a group of marks in the stucco on the western face of the subject property. TT was informed that this inspection was performed on 9/18/2024. According to historical imagery review, the group of marks in the stucco are visible in June 2024, which predates the date of loss (**Figure 9** and **Figure 10**). As a result, the marks in the stucco on the western face of the subject property are pre-existing conditions and are not attributed to the event.




**Figure 9:** Marks in the stucco on the western face of the subject property in 6/2024 (Source: Google Earth Pro, 2024; Annotations by TT)




**Figure 10:** Close-up of marks in the stucco on the western face of the subject property in 6/2024 (Source: Google Earth Pro, 2024)

In TT's review of historical imagery, there are images depicting missing trim, displaced trim, and discolored trim on the windows of the elevator shaft in June 2024, which predates the date of loss (**Figure 6** and **Figure 7**). As a result, the missing trim, displaced trim, and discolored trim on the windows of the elevator shaft are pre-existing conditions and are not attributed to the event.

TT sent a Request for Information (RFI) to LMI dated 12/19/2024. The RFI was addressed to NIA Law requesting the following information be shared with TT for the evaluation of the subject property:

- Details of Claimed Damages
- Photographic or Video Evidence
- Repair and Mitigation Records
- Additional Documentation
- Site Access and Limitations

The response to the RFI was not provided to TT as of the date of the issuance of this report.

## 7.3 Roof

During our site visit, TT observed cracking in the bitumen membrane. Sealant was applied to the mod-bit roofing system. At several locations, the sealant was cracked. There were instances of seam separation between membrane sheets and granular loss on the roofing membrane. TT also observed discoloration on top of the roofing membrane by the elevator shaft. In addition, there were patch repairs in the roofing membrane that had been performed prior to TT's site visit. Based on TT's evaluation, the cracking in the bitumen membrane, locations of applied sealant, cracked sealant locations, seam separation between membrane sheets, granular loss, discoloration, and patch repairs on the subject property's roof are consistent with long-term deterioration common to this type of roofing material and are not attributed to the event.

Following TT's site visit, DBI Consultants provided drone imagery of the subject property to TT, including aerial views of the building from various angles. Based on the imagery review and observations during our visit to the site the high roof located above the elevator shaft on the south side does not show signs of distress (see **Figure 11** and **Figure 12Figure 7**).

TT observed stains on the wall sheathing around the windows inside the elevator shaft. The stains appear to be consistent with long-term exposure to moisture and not due to a recent event. Based on TT's evaluation, the stains on the plywood around the windows inside the elevator shaft are not attributed to the event.




**Figure 11:** Aerial drone image of the high roof taken from the west side of the property (Source: DBI Consultants; Annotations by TT)



**Figure 12:** Aerial drone image of the high roof taken from the east side of the property (Source: DBI Consultants; Annotations by TT)

## 7.4 Exteriors

The subject property had (2) missing windows surrounding the elevator shaft on the south side of the building. At the time of our visit, these window openings were temporarily covered with exterior-type boards. Based on TT's investigation, the (2) missing windows surrounding the elevator shaft on the subject property's exterior are consistent with wind-related distress and <u>are attributed to the event.</u>

TT observed missing, displaced, and discolored window trims around the windows surrounding the elevator shaft. In TT's review of historical imagery, there are images depicting missing trim, displaced trim, and discolored trim on the windows of the elevator shaft in June 2024, which predates the date of

loss. As a result, the missing trim, displaced trim, and discolored trim on the windows of the elevator shaft are pre-existing conditions and are not attributed to damage from the event.

During our site visit, TT also observed localized distress on the façade of the building. There were numerous cracks and separations at the exterior cladding systems including brick wall and their mortar joints, brick cladding enclosing building columns, as well as separation at the header above the Northwest stairs. Based on TT's evaluation, the cracks and separations at the exterior cladding systems on the subject property's exterior are typical to thermal movement of dissimilar materials and are not attributed to the event.

### 7.5 Interiors

During our site visit, TT observed separation of column finishes on the east side of the elevator shaft. Based on TT's evaluation, the separations observed at the column by the elevator shaft correspond to joint locations of different members with dissimilar materials and is not attributed to the event.

TT observed water stains on the ceiling finishes of unit 208 directly below the roof. TT did not observe distress in the roofing area directly above unit 208 that would correlate with the location of water intrusion within the unit. The observed stains exhibit tide marks that indicate multiple instances of water intrusion over a long period of time, and in some instances, new paint was observed to have been applied on top of the stains. In addition, TT observed water stains in the ceiling of unit 105 (first floor) due to potential water intrusion. TT did not observe areas that had been damaged due to uplift wind forces acting on the roof membrane, or signs of puncture due to flying debris at any of these locations. As a result, the water intrusion distress on the interior ceiling finishes of units 105 and 208 are not attributed to damage to the building envelope from the event.

## 8.0 Conclusions

On January 8, 2025, Thornton Tomasetti, Inc. (TT) visited the subject property in Houston, Texas. During the visit, TT performed an engineering evaluation of a two-story commercial building that exhibited reported building envelope distress following Hurricane Beryl—a named storm/wind event that occurred on July 8, 2024. The purpose of TT's evaluation was to determine the scope of damage to the subject property caused by the event, including scope of damage to the roof, exterior façade, and the building interiors. Based on TT's observations during our site visit, review of available historical imagery, and review of drone imagery and documents provided to us, below are our conclusions regarding the observed conditions and damage to the building envelope.

- **Roof:**
    - The cracking in the bitumen membrane, locations of applied sealant, cracked sealant locations, seam separation between membrane sheets, granular loss, discoloration, and patch repairs on the subject property's roof are not attributed to the event.
    - TT did not observe areas that had failed or been damaged due to uplift wind forces acting on the roof membrane or uplifted/displaced components.
    - The high roof area above the elevator shaft also appears to show no apparent distress.
    - The stains on the wall sheathing around the windows inside the elevator shaft are not attributed to the event.

- **Exteriors:**
    - The two (2) missing windows surrounding the elevator shaft on the subject property's exterior are attributed to the event.
    - The missing trim, displaced trim, and discolored trim on the windows of the elevator shaft are not attributed to the event.
    - The cracks and separations at the exterior cladding systems on the subject property's exterior are not attributed to the event.
    - Marks in the exterior stucco on the west elevation are not attributed to the event.

- **Interiors:**
    - The crack observed at the column by the elevator shaft is not attributed to the event.
    - The water intrusion distress on the interior ceiling finishes of units 105 and 208 are not attributed to damage from the event.

## 9.0 Limitations

Thornton Tomasetti's professional services have been performed in accordance with the standards of skill and care generally exercised by other professional consultants acting under similar circumstances and conditions at the time the services were performed.

Thornton Tomasetti's findings, conclusions and opinions are based on Thornton Tomasetti's visual observations, professional experience, interviews with those knowledgeable with the conditions pertinent to the subject investigation, evaluation of documentation and sound investigation practices.

While Thornton Tomasetti's findings are summarized as of the date of issuance, should new information or additional documentation become available, Thornton Tomasetti may amend or revise its opinions and recommendations accordingly.

This report shall not be construed to warrant or guarantee the building and/or any of its components under any circumstances. Thornton Tomasetti shall not be responsible for latent or hidden defects that may exist, nor shall it be inferred that all defects have been either observed or recorded. Thornton Tomasetti's visual observations include no specific knowledge of concealed construction or subsurface conditions at the subject property. Comments pertaining to concealed construction or subsurface conditions are the professional opinion of Thornton Tomasetti based on relevant experience, judgment and current standards of practice.

This report is intended solely to investigate the cause and origin and/or scope of damage at the subject loss on behalf of the Client. Conditions noted in this report are as of the time of observation only. It can be expected that the subject building will undergo changes and additional deterioration subsequent to that date.

No other warranty, express or implied, is made as to the professional advice presented in this report.

# Appendix A

# Photographs Taken by Thornton Tomasetti

Thornton Tomasetti




Photo 1: Metal roof flashing at Northeast corner of the building's roof.




Photo 2: Metal roof flashing at Southeast corner of the building's roof.




Photo 3: Metal roof flashing at Southwest corner of the building's roof.




Photo 4: Metal roof flashing at Northwest corner of the building's roof.




Photo 5: Cracking in the bitumen membrane on the East side.



Photo 6: Cracking in the bitumen membrane on the Northwest side.



Photo 7: Cracking in the bitumen membrane by the Northeast corner.



Photo 8: Cracking in the bitumen membrane on the East side.



Photo 9: Sealant on top of roofing membrane along edge of sloped metal roof flashing.



Photo 10: Sealant on top of roofing membrane along edge of sloped metal roof flashing.



Photo 11: Sealant repairs between seams of roof membranes.



Photo 12: Sealant repairs between seams of roof membranes.



Photo 13: Partial seam separation and granular loss at locations of sealant between membrane sheets.



Photo 14: Partial seam separation and granular loss at locations of sealant between membrane sheets.



Photo 15: Seam separation between membrane sheets.



Photo 16: Seam separation between membrane sheets.




Photo 17: Cracked sealant at parapet wall cap joint and sealant between seams of membrane sheets.



Photo 18: Close-up of cracked sealant at parapet wall cap joint.



Photo 19: Cracked sealant at flashing termination bar.



Photo 20: Cracked sealant at flashing termination bar.



Photo 21: Discoloration on top of roofing membrane by the elevator shaft wall.



Photo 22: Granular loss on top of roofing membrane.



Photo 23: Patching repairs on the east side of the roof.



Photo 24: Patching repairs on the east side of the roof.



Photo 25: Overview of roof membrane.



Photo 26: Overview of roof membrane.



Photo 27: No distress observed on the high roof structure.



Photo 28: No distress observed on high roof structure. Stains observed at sheathing on wall around window.



Photo 29: Staining on the sheathing on the wall around windows inside the elevator shaft.



Photo 30: Staining on the sheathing on the wall around windows inside the elevator shaft.




Photo 31: Missing window on southern face of elevator shaft.



Photo 32: Close-up of missing window on southern face of elevator shaft.



Photo 33: Missing window on the western face of elevator shaft.



Photo 34: Close-up of missing window on the western face of elevator shaft.



Photo 35: Missing trim on window of elevator shaft.




Photo 36: Close-up of missing trim on window of elevator shaft.



Photo 37: Displaced trim on window of elevator shaft.



Photo 38: Displaced trim on window of elevator shaft.



Photo 39: Displaced trim on window of elevator shaft.



Photo 40: Displaced trim on window of elevator shaft.



Photo 41: Discolored trim on window of elevator shaft.



Photo 42: Sealant on the trim of window of elevator shaft.

Thornton Tomasetti



Photo 43: Typical cracking on brick and mortar on façade of elevator shaft.



Photo 44: Typical cracking on brick and mortar on façade of elevator shaft.



Photo 45: Typical cracking on mortar on façade of elevator shaft.



Photo 46: Typical cracking on mortar on façade of elevator shaft.




Photo 47: Separation between brick wall surrounding elevator shaft and second floor walkway.



Photo 48: Close-up of separation between brick wall surrounding elevator shaft and second floor walkway.



Photo 49: Brick and mortar cracks at wall surrounding elevator shaft.



Photo 50: Close-up of brick-and-mortar cracks at wall surrounding elevator shaft.



Photo 51: Staggered cracking at bricks and mortar joints on wall surrounding elevator shaft.



Photo 52: Close-up of staggered cracking at bricks and mortar joints on wall surrounding elevator shaft.




Photo 53: Staggered cracking at bricks and mortar joints on cladding surrounding building column.



Photo 54: Close-up of staggered cracking at bricks and mortar joints on cladding surrounding building column.



Photo 55: Staggered cracking at bricks and mortar joints on cladding surrounding building column.



Photo 56: Close-up of staggered cracking at bricks and mortar joints on cladding surrounding building column.



Photo 57: Separation between brick wall surrounding column and second floor walkway.




Photo 58: Vertical crack at wall by Northwest stairs.




Photo 59: Close-up of vertical crack at wall by Northwest stairs.



Photo 60: Close-up of vertical crack at wall by Northwest stairs.



OSIC_ASIAN COMMERCE_001077

EXHIBIT J




Photo 61: Separation between brick wall surrounding exterior wall and header above Northwest stairs.



Photo 62: Close-up of separation between brick wall surrounding exterior wall and header above NW stairs.



Photo 63: Cracking and separation at interior finishes of building column on the east side of the elevator shaft.



Photo 64: Close-up of separation at interior finishes of building column on the east side of the elevator shaft.



Photo 65: Stains in the ceiling of unit 105 due to potential water intrusion.



Photo 66: Close-up of stains in the ceiling of unit 105 due to potential water intrusion.


Photo 67: Stains in the ceiling of unit 208 due to potential water intrusion.


Photo 68: Close-up of stains in the ceiling of unit 208 due to potential water intrusion.


Photo 69: Stains and damaged ceiling of unit 208 due to potential water intrusion.


Photo 70: Close-up of stains and damaged ceiling of unit 208 due to potential water intrusion.


Photo 71: Stains and damaged ceiling of unit 208 due to potential water intrusion.


Photo 72: Stains and damaged ceiling of unit 208 due to potential water intrusion.

# Appendix B

# Weather Data

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Daily Summary
## July 2024

Generated on 08/23/2024

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 43 ft. Lat: 29.6459° N Lon: 95.2821° W
Station: **HOUSTON WILLIAM P HOBBY AIRPORT, TX US WBAN:12918 (ICAO:KHOU)**

| Date | Temperature (F) | | | | | | | Degree Days (base 65F) | | Sun (LST) | | Weather | Precipitation (in) | | | Pressure (inHg) | | Wind | Maximum Wind Speed = MPH, Direction = Degrees | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max | Min | Avg | Dep | ARH | ADP | AWB | Heat | Cool | Rise | Set | Weather Type | TLC | Snow Fall | Snow Depth | Avg Stn | Avg SL | Avg Speed | Peak Speed | Peak Dir | Sust. Speed | Sust. Dir |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 99* | 80 | 90 | 6.8 | | | | 0 | 25 | 0525 | 1925 | TS RA BR HZ | 0.02 | 0.0 | 0 | 29.95 | | 6.2 | 29 | 080 | 23 | 100 |
| 02 | 97 | 81 | 89 | 5.7 | | | | 0 | 24 | 0525 | 1925 | | 0.00 | 0.0 | 0 | 29.88 | | 6.9 | 16 | 130 | 14 | 180 |
| 03 | 94 | 81 | 88 | 4.7 | | | | 0 | 23 | 0526 | 1925 | | 0.00 | 0.0 | 0 | 29.91 | | 6.4 | 20 | 180 | 16 | 160 |
| 04 | 98 | 81 | 90 | 6.6 | | | | 0 | 25 | 0526 | 1925 | | 0.00 | 0.0 | 0 | 29.87 | | 8.6 | 23 | 170 | 18 | 180 |
| 05 | 98 | 79 | 89 | 5.6 | | | | 0 | 24 | 0526 | 1925 | | 0.00 | 0.0 | 0 | 29.85 | | 6.0 | 21 | 200 | 16 | 190 |
| 06 | 97 | 76 | 87 | 3.5 | | | | 0 | 22 | 0527 | 1925 | TS RA BR | 0.76 | 0.0 | 0 | 29.86 | | 6.4 | 31 | 350 | 23 | 350 |
| 07 | 90 | 79 | 85 | 1.5 | | | | 0 | 20 | 0527 | 1925 | TS RA BR | 0.61 | 0.0 | 0 | 29.75 | | 12.7 | 33 | 150 | 25 | 110 |
| 08 | 86 | 75* | 81 | -2.5s | | | | 0s | 16s | 0528 | 1925 | RA BR | 6.65 | 0.0 | 0 | 29.65 | | 24.5 | 84 | 160 | 58 | 140 |
| 09 | 97 | 77 | 87 | 3.4 | | | | 0 | 22 | 0528 | 1924 | TS | | 0.0 | 0 | 29.88 | | 5.0 | 17 | 270 | 13 | 120 |
| 10 | 95 | 77 | 86 | 2.4 | | | | 0 | 21 | 0529 | 1924 | TS RA | 0.01 | 0.0 | | 29.93 | | 6.0 | 22 | 340 | 17 | 160 |
| 11 | 91 | 78 | 85 | 1.3 | | | | 0 | 20 | 0529 | 1924 | TS RA BR | 0.13 | 0.0 | 0 | 29.96 | | 4.1 | 22 | 140 | 17 | 130 |
| 12 | 88 | 76 | 82 | -1.7 | | | | 0 | 17 | 0530 | 1924 | TS RA BR | 0.46 | 0.0 | | 30.03 | | 2.7 | 22 | 290 | 13 | 010 |
| 13 | 90 | 76 | 83 | -0.7 | | | | 0 | 18 | 0530 | 1923 | TS RA | 0.14 | 0.0 | | 30.11 | | 4.2 | 17 | 040 | 14 | 210 |
| 14 | 95 | 77 | 86 | 2.2 | | | | 0 | 21 | 0531 | 1923 | TS | 0.00 | 0.0 | | 30.04 | | 5.1 | 24 | 170 | 20 | 180 |
| 15 | 93 | 79 | 86 | 2.2 | | | | 0 | 21 | 0531 | 1923 | | 0.00 | 0.0 | 0 | 29.96 | | 6.9 | 19 | 180 | 16 | 170 |
| 16 | 94 | 76 | 85 | 1.2 | | | | 0 | 20 | 0532 | 1922 | | 0.00 | 0.0 | 0 | 29.91 | | 6.3 | 14 | 150 | 14 | 150 |
| 17 | 97 | 79 | 88 | 4.2 | | | | 0 | 23 | 0533 | 1922 | TS | 0.16 | 0.0 | 0 | 29.93 | | 6.1 | 41 | 080 | 31 | 080 |
| 18 | 90 | 76 | 83 | -0.9 | | | | 0 | 18 | 0533 | 1921 | | T | 0.0 | 0 | 29.93 | | 6.5 | 32 | 310 | 23 | 330 |
| | | | | | | | | | | Monthly Averages \| Totals | | | | | | | | | | | | |
| | | | | Departure from Normal (1981-2010) | | | | | | | | | | | | | | | | | | |

| Degree Days | Monthly Total | Monthly Departure | Season-to-date Total | Season-to-date Departure |
|---|---|---|---|---|
| Heating | | | | |
| Cooling | | | | |

| Number of days with... | Temperature Max >=90° | Temperature Max <=32° | Temperature Min <=32° | Temperature Min <=0° | Precipitation >=0.01" | Precipitation >=0.1" | Snow >=1" | Weather T-Storms | Weather Heavy Fog |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Date of 5-sec to 3-sec wind equipment change | Sea Level Pressure | Value | Date | Time |
|---|---|---|---|---|
| N/A | Maximum | | | |
| | Minimum | | | |

| Greatest... | 24-Hr... Precip | 24-Hr... Snowfall | Snow Depth |
|---|---|---|---|
| | | | |
| Date | | | |

**Station Augmentation**

Name:N/A Lat: N/A Lon: N/A Elevation: N/A Distance: N/A Elements: N/A Equipment: N/A

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Hourly Observations
## July 2024

Generated on 08/23/2024

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 43 ft. Lat: 29.6459° N Lon: 95.2821° W

Station: **HOUSTON WILLIAM P HOBBY AIRPORT, TX US WBAN:12918 (ICAO:KHOU)**

| Date | Time (LST) | Station Type | Sky Conditions | Visibility | Weather Type (see documentation) AU \| AW \| MW | Dry Bulb Temp (F) | Dry Bulb Temp (C) | Wet Bulb Temp (F) | Wet Bulb Temp (C) | Dew Point Temp (F) | Dew Point Temp (C) | Rel Hum % | Wind Speed (MPH) | Wind Dir (Deg) | Wind Gusts (MPH) | Station Press (inHg) | Press. Tend | Net 3-Hr Change (inHg) | Sea Level Press. (inHg) | Report Type | Precip Total (in) | Altimeter Setting (inHg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 08 | 0003 | 7 | SCT:04 26 BKN:07 38 OVC:08 55 | 10.00 | -RA:02 \|RA \|RA | 82 | 27.8 | 79 | 26.1 | 78 | 25.6 | 88 | 20 | 080 | 26 | 29.70 | | | | FM-16 | 0.01 | 29.75 |
| 08 | 0053 | 7 | FEW:02 50 SCT:04 95 BKN:07 110 | 9.00 | -RA:02 \|RA \|RA | 81 | 27.2 | 77 | 25.0 | 76 | 24.4 | 85 | 21 | 090 | 36 | 29.68 | | | 29.74 | FM-15 | 0.02 | 29.73 |
| 08 | 0153 | 7 | BKN:07 100 OVC:08 110 | 7.00 | RA:02 \|RA \|RA | 79 | 26.1 | 76 | 24.4 | 74 | 23.3 | 85 | 26 | 070 | 39 | 29.63 | | | 29.69 | FM-15 | 0.03 | 29.68 |
| 08 | 0253 | 7 | FEW:02 15 BKN:07 40 OVC:08 70 | 3.00 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 77 | 25.0 | 76 | 24.4 | 90 | 31 | 060 | 45 | 29.57 | 8 | +0.14 | 29.63 | FM-15 | 0.04 | 29.62 |
| 08 | 0305 | 7 | FEW:02 19 OVC:08 29 | 2.50 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 77 | 25.0 | 76 | 24.4 | 90 | 32 | 060 | 48 | 29.56 | | | | FM-16 | 0.01 | 29.61 |
| 08 | 0323 | 7 | FEW:02 10 OVC:08 16 | 1.50 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 78 | 25.6 | 77 | 25.0 | 94 | 28 | 070 | 46 | 29.55 | | | | FM-16 | 0.04 | 29.60 |
| 08 | 0333 | 7 | BKN:07 11 OVC:08 16 | 1.25 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 78 | 25.6 | 77 | 25.0 | 94 | 24 | 130 | 48 | 29.56 | | | | FM-16 | 0.05 | 29.61 |
| 08 | 0338 | 7 | BKN:07 9 OVC:08 16 | 1.00 | +RA:02 BR:1 SQ:2 \|SQ RA \|RA | 79 | 26.1 | 78 | 25.6 | 77 | 25.0 | 94 | 39 | 110 | 57 | 29.56 | | | | FM-16 | 0.06 | 29.61 |
| 08 | 0351 | 6 | BKN:07 11 OVC:08 19 | 1.75 | RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 76 | 24.4 | 75 | 23.9 | 89 | 36 | 110 | 48 | 29.53 | | | | FM-16 | | 29.58 |
| 08 | 0353 | 7 | BKN:07 11 OVC:08 19 | 2.00V | RA:02 BR:1 \|RA \|RA | 78 | 25.6 | 77 | 25.0 | 77 | 25.0 | 97 | 31 | 100 | 48 | 29.53 | | | 29.59 | FM-15 | 0.10 | 29.58 |
| 08 | 0401 | 7 | OVC:08 15 | 3.00 | +RA:02 BR:1 \|RA \|RA | 78 | 25.6 | 77 | 25.0 | 76 | 24.4 | 93 | 36 | 100 | 54 | 29.53 | | | | FM-16 | 0.02 | 29.58 |
| 08 | 0426 | 7 | OVC:08 18 | 1.50 | +RA:02 BR:1 \|RA \|RA | 77 | 25.0 | 76 | 24.4 | 76 | 24.4 | 96 | 40 | 100 | 62 | 29.49 | | | | FM-16 | 0.07 | 29.54 |
| 08 | 0451 | 6 | OVC:08 13 | 1.75 | +RA:02 BR:1 \|RA \|RA | 77 | 25.0 | 76 | 24.4 | 75 | 23.9 | 94 | 49 | 100 | 64 | 29.44 | | | | FM-16 | | 29.49 |
| 08 | 0453 | 7 | OVC:08 13 | 2.00 | +RA:02 BR:1 \|RA \|RA | 77 | 25.0 | 76 | 24.4 | 75 | 23.9 | 94 | 44 | 090 | 69 | 29.44 | | | 29.50 | FM-15 | 0.14 | 29.49 |
| 08 | 0509 | 7 | OVC:08 14 | 1.50 | +RA:02 BR:1 \|RA \|RA | 77 | 25.0 | 76 | 24.4 | 75 | 23.9 | 94 | 39 | 090 | 68 | 29.41 | | | | FM-16 | 0.04 | 29.46 |
| 08 | 0553 | 7 | BKN:07 10 OVC:08 16 | 1.50 | +RA:02 \|RA \|RA | * | ** | * | ** | * | ** | * | 43 | 110 | 62 | 29.37 | 8 | +0.19 | | FM-15 | 0.14 | 29.42 |
| 08 | 0634 | 7 | BKN:07 13 OVC:08 20 | 1.50 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 78 | 25.6 | 77 | 25.0 | 94 | 45 | 140 | 71 | 29.32 | | | | FM-16 | 0.11 | 29.37 |
| 08 | 0636 | 7 | FEW:02 8 BKN:07 13 OVC:08 25 | 2.00 | RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 78 | 25.6 | 77 | 25.0 | 94 | 43 | 140 | 71 | 29.31 | | | | FM-16 | 0.11 | 29.36 |
| 08 | 0651 | 7 | FEW:02 15 SCT:04 21 OVC:08 35 | 2.00 | -RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 78 | 25.6 | 77 | 25.0 | 94 | 44 | 130 | 76 | 29.29 | | | | FM-16 | 0.15 | 29.34 |
| 08 | 0653 | 7 | SCT:04 15 SCT:04 21 OVC:08 35 | 2.00 | -RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 78 | 25.6 | 77 | 25.0 | 94 | 49 | 140 | 76 | 29.28 | | | 29.34 | FM-15 | 0.16 | 29.33 |
| 08 | 0713 | 7 | SCT:04 15 OVC:08 20 | 1.00 | -RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 78 | 25.6 | 78 | 25.6 | 97 | 44 | 140 | 84 | 29.25 | | | | FM-16 | 0.06 | 29.30 |
| 08 | 0738 | 7 | OVC:08 15 | 0.75 | RA:02 BR:1 \|RA \|RA | 79 | 26.1 | | | 78 | 25.6 | 97 | 48 | 150 | 75 | | | | | FM-16 | 0.12 | |
| 08 | 0753 | 7 | OVC:08 15 | 0.75 | -RA:02 BR:1 \|RA \|RA | 79 | 26.1 | | | 78 | 25.6 | 97 | 54 | 150 | 84 | | | | | FM-15 | 0.14 | |
| 08 | 0802 | 7 | OVC:08 15 | 1.00 | -RA:02 \|RA \|RA | | | | | | | | 47 | 160 | 84 | 29.24 | | | | FM-16 | 0.02 | 29.29 |
| 08 | 0830 | 7 | OVC:08 15 | 3.00 | -RA:02 \|RA \|RA | | | | | | | | 47 | 170 | 82 | 29.27 | | | | FM-16 | 0.06 | 29.32 |

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | 0845 | 7 | OVC:08 14 | 7.00 | -RA:02 \|RA \|RA | | | | | | | | 51 | 180 | 75 | 29.31 | | | | FM-16 | 0.08 | 29.36 |
| 08 | 0853 | 7 | OVC:08 14 | 3.00 | -RA:02 \|RA \|RA | | | | | | | | 48 | 170 | 75 | 29.32 | 3 | -0.04 | | FM-15 | 0.09 | 29.37 |
| 08 | 0953 | 7 | OVC:08 13 | 10.00 | -RA:02 \|RA \|RA | 77 | 25.0 | 74 | 23.3 | 72 | 22.2 | 85 | 41 | 200 | 60 | 29.45 | | | 29.51 | FM-15 | 0.05 | 29.50 |
| 08 | 1019 | 7 | OVC:08 15 | 10.00 | -RA:02 \|RA \|RA | 77 | 25.0 | 74 | 23.3 | 72 | 22.2 | 85 | 45 | 200 | 63 | 29.51 | | | | FM-16 | 0.02 | 29.56 |
| 08 | 1053 | 7 | OVC:08 18 | 10.00 | -RA:02 \|RA \|RA | 78 | 25.6 | 74 | 23.3 | 72 | 22.2 | 82 | 37 | 200 | 60 | 29.56 | | | 29.62 | FM-15 | 0.03 | 29.61 |
| 08 | 1153 | 7 | BKN:07 17<br>BKN:07 24<br>OVC:08 29 | 5.00 | -RA:02 BR:1 \|RA \|RA | 76 | 24.4 | 73 | 22.8 | 72 | 22.2 | 88 | 32 | 210 | 46 | 29.66 | 1 | -0.33 | 29.72 | FM-15 | 0.01 | 29.71 |
| 08 | 1159 | 7 | BKN:07 13<br>BKN:07 20<br>OVC:08 29 | 2.50 | -RA:02 BR:1 \|RA \|RA | 76 | 24.4 | 73 | 22.8 | 72 | 22.2 | 88 | 29 | 210 | 44 | 29.66 | | | | FM-16 | T | 29.71 |
| 08 | 1205 | 7 | SCT:04 10<br>BKN:07 17<br>OVC:08 27 | 1.75 | RA:02 BR:1 \|RA \|RA | 76 | 24.4 | 74 | 23.3 | 73 | 22.8 | 91 | 30 | 210 | 41 | 29.67 | | | | FM-16 | 0.01 | 29.72 |
| 08 | 1246 | 7 | FEW:02 12<br>BKN:07 22<br>OVC:08 37 | 3.00 | -RA:02 BR:1 \|RA \|RA | 76 | 24.4 | 74 | 23.3 | 73 | 22.8 | 91 | 28 | 210 | 41 | 29.70 | | | | FM-16 | 0.02 | 29.75 |
| 08 | 1253 | 7 | FEW:02 12<br>BKN:07 24<br>OVC:08 46 | 5.00 | -RA:02 BR:1 \|RA \|RA | 76 | 24.4 | 74 | 23.3 | 73 | 22.8 | 91 | 29 | 210 | 39 | 29.71 | | | 29.77 | FM-15 | 0.02 | 29.76 |
| 08 | 1353 | 7 | OVC:08 26 | 10.00 | | 79 | 26.1 | 75 | 23.9 | 73 | 22.8 | 82 | 21 | 230 | 29 | 29.73 | | | 29.80 | FM-15 | 0.02 | 29.78 |
| 08 | 1414 | 7 | SCT:04 26<br>OVC:08 41 | 10.00 | -RA:02 \|RA \|RA | 80 | 26.7 | 74 | 23.3 | 71 | 21.7 | 74 | 24 | 230 | 36 | 29.74 | | | | FM-16 | 0.01 | 29.79 |
| 08 | 1453 | 7 | BKN:07 30<br>BKN:07 60 | 10.00 | | 83 | 28.3 | 75 | 23.9 | 72 | 22.2 | 70 | 18 | 250 | 31 | 29.73 | 0 | -0.07 | 29.79 | FM-15 | 0.02 | 29.78 |
| 08 | 1553 | 7 | SCT:04 35 | 10.00 | | 85 | 29.4 | 75 | 23.9 | 71 | 21.7 | 63 | 16 | 250 | 28 | 29.73 | | | 29.79 | FM-15 | 0.01 | 29.78 |
| 08 | 1653 | 7 | CLR:00 | 10.00 | | 84 | 28.9 | 75 | 23.9 | 71 | 21.7 | 65 | 14 | 260 | | 29.74 | | | 29.80 | FM-15 | 0.00 | 29.79 |
| 08 | 1753 | 7 | CLR:00 | 10.00 | | 85 | 29.4 | 75 | 23.9 | 71 | 21.7 | 63 | 10 | 250 | | 29.75 | 3 | -0.02 | | FM-15 | 0.00 | 29.80 |
| 08 | 1853 | 7 | FEW:02 40<br>BKN:07 250 | 10.00 | | 85 | 29.4 | 76 | 24.4 | 72 | 22.2 | 64 | 7 | 230 | | 29.75 | | | 29.81 | FM-15 | 0.00 | 29.80 |
| 08 | 1953 | 7 | FEW:02 40<br>BKN:07 250 | 10.00 | | * | ** | * | ** | * | ** | * | 6 | 180 | | 29.76 | | | | FM-15 | 0.00 | 29.81 |
| 08 | 2053 | 7 | SCT:04 250 | 10.00 | | 81 | 27.2 | 75 | 23.9 | 73 | 22.8 | 79 | 5 | 210 | | 29.78 | 3 | -0.04 | | FM-15 | 0.00 | 29.83 |
| 08 | 2153 | 7 | FEW:02 40<br>FEW:02 250 | 10.00 | | 80 | 26.7 | 77 | 25.0 | 75 | 23.9 | 85 | 6 | 210 | | 29.81 | | | | FM-15 | 0.00 | 29.86 |
| 08 | 2253 | 7 | SCT:04 40<br>SCT:04 250 | 10.00 | | * | ** | * | ** | * | ** | * | 0 | 000 | | 29.83 | | | | FM-15 | 0.00 | 29.88 |
| 08 | 2353 | 7 | FEW:02 40<br>SCT:04 50 | 10.00 | | 79 | 26.1 | 76 | 24.4 | 75 | 23.9 | 89 | 0 | 000 | | 29.85 | | | | FM-15 | 0.00 | 29.90 |

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Hourly Remarks
## July 2024
Generated on 08/23/2024

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 43 ft. Lat: 29.6459° N Lon: 95.2821° W
Station: **HOUSTON WILLIAM P HOBBY AIRPORT, TX US WBAN:12918 (ICAO:KHOU)**

| Date | Time (LST) | Remarks |
|---|---|---|
| 08 | 0003 | MET12107/08/24 00:03:02 SPECI KHOU 080603Z 08017G23KT 10SM -RA SCT026 BKN038 OVC055 28/26 A2975 RMK AO2 P0001 T02780256 $ (KBS) |
| 08 | 0053 | MET14507/08/24 00:53:02 METAR KHOU 080653Z 09018G31KT 9SM -RA FEW050 SCT095 BKN110 27/24 A2973 RMK AO2 PK WND 10036/0634 SLP072 P0003 T02720244 $ (KBS) |
| 08 | 0153 | MET13707/08/24 01:53:02 METAR KHOU 080753Z 07023G34KT 7SM RA BKN100 OVC110 26/23 A2968 RMK AO2 PK WND 06034/0742 SLP055 P0003 T02610233 $ (KBS) |
| 08 | 0253 | MET16007/08/24 02:53:02 METAR KHOU 080853Z 06027G39KT 3SM +RA BR FEW015 BKN040 OVC070 26/24 A2962 RMK AO2 PK WND 05041/0812 SLP033 P0003 60010 T02610244 58048 $ (KBS) |
| 08 | 0305 | MET13807/08/24 03:05:02 SPECI KHOU 080905Z 06028G42KT 2 1/2SM +RA BR FEW019 OVC029 26/24 A2961 RMK AO2 PK WND 06042/0900 P0001 T02610244 $ (KBS) |
| 08 | 0323 | MET13807/08/24 03:23:02 SPECI KHOU 080923Z 07024G40KT 1 1/2SM +RA BR FEW010 OVC016 26/25 A2960 RMK AO2 PK WND 07048/0913 P0004 T02610250 $ (KBS) |
| 08 | 0333 | MET14907/08/24 03:33:02 SPECI KHOU 080933Z 13021G42KT 1 1/4SM +RA BR BKN011 OVC016 26/25 A2961 RMK AO2 PK WND 07048/0913 WSHFT 0919 P0005 T02610250 $ (KBS) |
| 08 | 0338 | MET14807/08/24 03:38:02 SPECI KHOU 080938Z 11034G50KT 1SM +RA BR SQ BKN009 OVC016 26/25 A2961 RMK AO2 PK WND 11050/0937 WSHFT 0919 P0006 T02610250 $ (KBS) |
| 08 | 0351 | MET14307/08/24 03:51:02 SPECI KHOU 080951Z 11031G42KT 1 3/4SM RA BR BKN011 OVC019 26/24 A2958 RMK AO2 PK WND 11050/0937 WSHFT 0919 P0009 $ FIBI (KBS) |
| 08 | 0353 | MET15907/08/24 03:53:02 METAR KHOU 080953Z 10027G42KT 2SM RA BR BKN011 OVC019 26/25 A2958 RMK AO2 PK WND 11050/0937 WSHFT 0919 VIS 1V4 SLP021 P0185 T02560250 $ (KBS) |
| 08 | 0401 | MET12707/08/24 04:01:02 SPECI KHOU 081001Z 10031G47KT 3SM +RA BR OVC015 26/24 A2958 RMK AO2 PK WND 10047/0958 P0002 T02560244 $ (KBS) |
| 08 | 0426 | MET13107/08/24 04:26:02 SPECI KHOU 081026Z 10035G54KT 1 1/2SM +RA BR OVC018 25/24 A2954 RMK AO2 PK WND 10054/1023 P0007 T02500244 $ (KBS) |
| 08 | 0451 | MET12607/08/24 04:51:02 SPECI KHOU 081051Z 10043G56KT 1 3/4SM +RA BR OVC013 25/24 A2949 RMK AO2 PK WND 08058/1038 P0013 $ FIBI (KBS) |
| 08 | 0453 | MET13407/08/24 04:53:02 METAR KHOU 081053Z 09038G60KT 2SM +RA BR OVC013 25/24 A2949 RMK AO2 PK WND 09060/1053 SLP991 P0088 T02500239 $ (KBS) |
| 08 | 0509 | MET13807/08/24 05:09:02 SPECI KHOU 081109Z 09034G59KT 1 1/2SM +RA BR OVC014 25/24 A2946 RMK AO2 PK WND 11064/1056 PRESFR P0004 T02500239 $ (KBS) |
| 08 | 0553 | MET14907/08/24 05:53:02 METAR KHOU 081153Z 11037G54KT 1 1/2SM +RA BKN010 OVC016 24/24 A2942 RMK AO2 PK WND 11064/1056 SLPNO P0104 60376 70445 58064 $ (KBS) |
| 08 | 0634 | MET13807/08/24 06:34:02 SPECI KHOU 081234Z 14039G62KT 1 1/2SM +RA BR BKN013 OVC020 26/25 A2937 RMK AO2 PK WND 11064/1214 P0011 T02610250 $ (KBS) |
| 08 | 0636 | MET14007/08/24 06:36:02 SPECI KHOU 081236Z 14037G62KT 2SM RA BR FEW008 BKN013 OVC025 26/25 A2936 RMK AO2 PK WND 11064/1214 P0011 T02610250 $ (KBS) |
| 08 | 0651 | MET13107/08/24 06:51:02 SPECI KHOU 081251Z 13038G66KT 2SM -RA BR FEW015 SCT021 OVC035 26/25 A2934 RMK AO2 PK WND 14066/1249 P0015 $ (KBS) |
| 08 | 0653 | MET14807/08/24 06:53:02 METAR KHOU 081253Z 14043G66KT 2SM -RA BR SCT015 SCT021 OVC035 26/25 A2933 RMK AO2 PK WND 14066/1249 SLP937 P0090 T02610250 $ (KBS) |
| 08 | 0713 | MET15307/08/24 07:13:02 SPECI KHOU 081313Z 14038G73KT 1SM -RA BR SCT015 OVC020 26/25 A2930 RMK AO2 PK WND 14073/1308 LTG DSNT SE PRESFR P0006 T02610256 $ (KBS) |
| 08 | 0738 | MET12807/08/24 07:38:02 SPECI KHOU 081338Z 15042G65KT 3/4SM RA BR OVC015 26/25 A2928 RMK AO2 PK WND 14073/1308 P0012 T02610256 $ (KBS) |
| 08 | 0753 | MET13607/08/24 07:53:02 METAR KHOU 081353Z 15047G73KT 3/4SM -RA BR OVC015 26/25 A2928 RMK AO2 PK WND 16073/1353 SLP918 P0015 T02610256 $ (KBS) |
| 08 | 0802 | MET10807/08/24 08:02:02 SPECI KHOU 081402Z 16041G73KT 1SM -RA OVC015 A2929 RMK AO2 PK WND 14069/1355 P0002 $ (KBS) |
| 08 | 0830 | MET10807/08/24 08:30:02 SPECI KHOU 081430Z 17041G71KT 3SM -RA OVC015 A2932 RMK AO2 PK WND 17071/1422 P0006 $ (KBS) |
| 08 | 0845 | MET11507/08/24 08:45:02 SPECI KHOU 081445Z 18044G65KT 7SM -RA OVC014 A2936 RMK AO2 PK WND 17071/1422 PRESRR P0008 $ (KBS) |
| 08 | 0853 | MET13307/08/24 08:53:02 METAR KHOU 081453Z 17042G65KT 3SM -RA OVC014 A2937 RMK AO2 PK WND 17071/1422 PRESRR SLPNO P0009 60039 53014 $ (KBS) |
| 08 | 0953 | MET13907/08/24 09:53:02 METAR KHOU 081553Z 20036G52KT 10SM -RA OVC013 25/22 A2950 RMK AO2 PK WND 17063/1507 PRESRR SLP994 P0005 T02500222 $ (KBS) |
| 08 | 1019 | MET13207/08/24 10:19:02 SPECI KHOU 081619Z 20039G55KT 10SM -RA OVC015 25/22 A2956 RMK AO2 PK WND 20064/1605 PRESRR P0002 T02500222 $ (KBS) |
| 08 | 1053 | MET13707/08/24 10:53:02 METAR KHOU 081653Z 20032G52KT 10SM -RA OVC018 26/22 A2961 RMK AO2 PK WND 20064/1605 PRESRR SLP032 P0003 T02560222 (KBS) |
| 08 | 1153 | MET16707/08/24 11:53:02 METAR KHOU 081753Z 21028G40KT 5SM -RA BR BKN017 BKN024 OVC029 24/22 A2971 RMK AO2 PK WND 20049/1658 PRESRR SLP064 P0002 60049 T02440222 51112 $ (KBS) |
| 08 | 1159 | MET15207/08/24 11:59:02 SPECI KHOU 081759Z 21025G38KT 2 1/2SM -RA BR BKN013 BKN020 OVC029 24/22 A2971 RMK AO2 PK WND 21038/1754 PRESRR P0000 T02440222 $ (KBS) |
| 08 | 1205 | MET14407/08/24 12:05:02 SPECI KHOU 081805Z 21026G36KT 1 3/4SM RA BR SCT010 BKN017 OVC027 24/23 A2972 RMK AO2 PK WND 21038/1754 P0001 T02440228 $ (KBS) |
| 08 | 1246 | MET14107/08/24 12:46:02 SPECI KHOU 081846Z 21024G36KT 3SM -RA BR FEW012 BKN022 OVC037 24/23 A2975 RMK AO2 PK WND 21038/1754 P0002 T02440228 $ (KBS) |
| 08 | 1253 | MET14807/08/24 12:53:02 METAR KHOU 081853Z 21025G34KT 5SM -RA BR FEW012 BKN024 OVC046 24/23 A2976 RMK AO2 PK WND 21038/1754 SLP081 P0002 T02440228 $ (KBS) |
| 08 | 1353 | MET13407/08/24 13:53:02 METAR KHOU 081953Z 23018G25KT 10SM OVC026 26/23 A2978 RMK AO2 PK WND 21030/1905 RAE42 SLP090 P0002 T02610228 $ (KBS) |
| 08 | 1414 | MET13807/08/24 14:14:02 SPECI KHOU 082014Z 23021G31KT 10SM -RA SCT026 OVC041 27/22 A2979 RMK AO2 PK WND 23031/2014 RAB02 P0001 T02670217 $ (KBS) |



EXHIBIT J

| | | |
|---|---|---|
| 08 | 1453 | MET15607/08/24 14:53:02 METAR KHOU 082053Z 25016G27KT 10SM BKN030 BKN060 28/22 A2978 RMK AO2 PK WND 23031/2014 RAB02E36 SLP089 P0002 60006 T02830222 50025 $ (KBS) |
| 08 | 1553 | MET12207/08/24 15:53:02 METAR KHOU 082153Z 25014G24KT 10SM SCT035 29/22 A2978 RMK AO2 PK WND 27027/2116 SLP088 P0001 T02940217 $ |
| 08 | 1653 | MET09207/08/24 16:53:02 METAR KHOU 082253Z 26012KT 10SM CLR 29/22 A2979 RMK AO2 SLP091 T02890217 $ |
| 08 | 1753 | MET11507/08/24 17:53:02 METAR KHOU 082353Z 25009KT 10SM CLR 29/22 A2980 RMK AO2 SLPNO 60007 T02940217 10294 20239 53006 $ |
| 08 | 1853 | MET10107/08/24 18:53:01 METAR KHOU 090053Z 23006KT 10SM FEW040 BKN250 29/22 A2980 RMK A02 SLP096 T0294022 $ |
| 08 | 1953 | MET09107/08/24 19:53:01 METAR KHOU 090153Z 18005KT 10SM FEW040 BKN250 27/23 A2981 RMK A02 SLPNO $ |
| 08 | 2053 | MET09907/08/24 20:53:01 METAR KHOU 090253Z 21004KT 10SM SCT250 27/23 A2983 RMK A02 SLPNO T2670233 53012 $ |
| 08 | 2153 | MET10007/08/24 21:53:02 METAR KHOU 090353Z 21005KT 10SM FEW040 FEW250 27/24 A2986 RMK A02 SLPNO T02670240$ |
| 08 | 2253 | MET09107/08/24 22:53:02 METAR KHOU 090453Z 00000KT 10SM SCT040 SCT250 27/24 A2988 RMK A02 SLPNO $ |
| 08 | 2353 | MET10007/08/24 23:53:02 METAR KHOU 090553Z 00000KT 10SM FEW040 SCT050 26/24 A2990 RMK A02 SLPNO T0260240 $ |

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Hourly Precipitation
## July 2024

Generated on 08/23/2024

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 43 ft. Lat: 29.6459° N Lon: 95.2821° W

Station: **HOUSTON WILLIAM P HOBBY AIRPORT, TX US WBAN:12918 (ICAO:KHOU)**

| Date | For Hour (LST) Ending at | | | | | | | | | | | | | | | | | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 AM | 2 AM | 3 AM | 4 AM | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | NOON | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | MID | |
| 01 | | | | | | | | | | | | | | | | | | 0.01 | 0.01 | | | | | | 01 |
| 02 | | | | | | | | | | | | | | | | | | | | | | | | | 02 |
| 03 | | | | | | | | | | | | | | | | | | | | | | | | | 03 |
| 04 | | | | | | | | | | | | | | | | | | | | | | | | | 04 |
| 05 | | | | | | | | | | | | | | | | | | | | | | | | | 05 |
| 06 | | | | | | | | | | | | | | 0.05 | 0.31 | 0.25 | 0.13 | 0.02 | | | | | | | 06 |
| 07 | | | | T | T | | | | | | 0.05 | 0.11 | | | 0.01 | 0.08 | 0.08 | 0.09 | 0.07 | 0.05 | 0.04 | 0.02 | | 0.01 | 07 |
| 08 | 0.02 | 0.03 | 0.04 | 0.10 | 0.14 | 0.14 | 0.16 | 0.14 | 0.09 | 0.05 | 0.03 | 0.01 | 0.02 | 0.02 | 0.02 | 0.01 | | | | | | | | | 08 |
| 09 | | | | | T | | | | | M | M | M | M | M | M | M | M | M | | | | | | | 09 |
| 10 | M | M | M | M | M | M | M | M | M | M | M | M | 0.01 | M | M | M | M | M | | | | | | | 10 |
| 11 | M | M | M | M | M | M | | | | M | M | M | M | 0.01 | 0.06 | 0.06 | T | M | M | | | | | | 11 |
| 12 | M | M | M | M | 0.01 | T | M | M | M | M | | 0.44 | M | | T | | | 0.01 | T | | | | | | 12 |
| 13 | | | T | T | 0.01 | 0.02 | 0.03 | 0.01 | | | | | | | | | | 0.03 | 0.04 | | | | | | 13 |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | | 14 |
| 15 | | | | | | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | T | T | | | | | | | | | | 17 |
| 18 | | | | | | | | T | T | | | | | | | | | | | | | | | | 18 |
| 19 | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | 19 |

**Maximum Short Duration Precipitation**

| Time Period (Minutes) | 5 | 10 | 15 | 20 | 30 | 45 | 60 | 80 | 100 | 120 | 150 | 180 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precipitation (inches) | | | | | | | | | | | | |
| Ending Date Time (yyyy-mm-dd hh:mi) | | | | | | | | | | | | |

Hourly, daily, and monthly totals on the Daily Summary page and the Hourly Precipitation Table are shown as reported by the instrumentation at the site. However, NWS does not edit hourly values for its ASOS sites, but may edit the daily and monthly totals for selected sites which will be reflected on the Daily Summary page.

T = Trace
s = Suspect
* = Erroneous
blank = No precipitation observed
M = Missing

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Daily Summary
## July 2024

Generated on 08/23/2024

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 90 ft. Lat: 29.9844° N Lon: 95.3607° W
Station: **HOUSTON INTERCONTINENTAL AIRPORT, TX US WBAN:12960 (ICAO:KIAH)**

| Date | Temperature (F) | | | | | | | Degree Days (base 65F) | | Sun (LST) | | Weather | Precipitation (in) | | | Pressure (inHg) | | Wind | Maximum Wind Speed = MPH, Direction = Degrees | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max | Min | Avg | Dep | ARH | ADP | AWB | Heat | Cool | Rise | Set | Weather Type | TLC | Snow Fall | Snow Depth | Avg Stn | Avg SL | Avg Speed | Peak Speed | Peak Dir | Sust. Speed | Sust. Dir |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 100* | 80 | 90 | 6.2 | | | | 0 | 25 | 0524 | 1926 | BR HZ | 0.00 | 0.0 | 0 | 29.89 | | 4.7 | 29 | 100 | 22 | 100 |
| 02 | 97 | 81 | 89 | 5.2 | | | | 0 | 24 | 0525 | 1926 | | 0.00 | 0.0 | 0 | 29.83 | | 6.1 | 18 | 130 | 15 | 140 |
| 03 | 94 | 80 | 87 | 3.1 | | | | 0 | 22 | 0525 | 1926 | | 0.00 | 0.0 | 0 | 29.85 | | 5.7 | 23 | 140 | 17 | 150 |
| 04 | 98 | 82 | 90 | 6.1 | | | | 0 | 25 | 0526 | 1926 | | 0.00 | 0.0 | 0 | 29.81 | | 6.8 | 23 | 170 | 18 | 130 |
| 05 | 99 | 79 | 89 | 5.0 | | | | 0 | 24 | 0526 | 1926 | | 0.00 | 0.0 | 0 | 29.79 | | 4.9 | 18 | 150 | 12 | 170 |
| 06 | 98 | 76 | 87 | 3.0 | | | | 0 | 22 | 0526 | 1926 | TS RA BR | 0.38 | 0.0 | 0 | 29.80 | | 5.2 | 22 | 150 | 16 | 130 |
| 07 | 90 | 76 | 83 | -1.1 | | | | 0 | 18 | 0527 | 1926 | TS RA BR HZ | 0.32 | 0.0 | 0 | 29.72 | | 10.6 | 41 | 140 | 33 | 130 |
| 08 | 84 | 74 | 79 | -5.1 | | | | 0 | 14 | 0527 | 1926 | RA FG BR | 4.72 | 0.0 | 0 | 29.59 | | 22.1 | 83 | 130 | 62 | 130 |
| 09 | 95 | 74 | 85 | 0.8 | | | | 0 | 20 | 0528 | 1925 | | | 0.0 | 0 | 29.82 | | 4.1 | * | | 9 | 010 |
| 10 | 95 | 76 | 86 | 1.8 | | | | 0 | 21 | 0528 | 1925 | | 0.00 | 0.0 | 0 | 29.87 | | 4.9 | 24 | 070 | 16 | 030 |
| 11 | 92 | 77 | 85 | 0.8 | | | | 0 | 20 | 0529 | 1925 | TS | 0.00 | 0.0 | 0 | 29.90 | | 4.3 | 29 | 160 | 21 | 160 |
| 12 | 89 | 72* | 81 | -3.3 | | | | 0 | 16 | 0529 | 1925 | TS RA BR | 0.37 | 0.0 | | 29.96 | | 3.4 | 35 | 160 | 25 | 160 |
| 13 | 90 | 75 | 83 | -1.3 | | | | 0 | 18 | 0530 | 1924 | TS RA BR | 0.86 | 0.0 | | 30.05 | | 4.5 | 22 | 140 | 17 | 140 |
| 14 | 93 | 75 | 84 | -0.3 | | | | 0 | 19 | 0530 | 1924 | TS RA | T | 0.0 | | 29.98 | | 2.9 | 19 | 140 | 15 | 140 |
| 15 | 94 | 78 | 86 | 1.6 | | | | 0 | 21 | 0531 | 1924 | | 0.00 | 0.0 | 0 | 29.89 | | 4.7 | 20 | 150 | 14 | 160 |
| 16 | 96 | 76 | 86 | 1.6 | | | | 0 | 21 | 0532 | 1923 | | 0.00 | 0.0 | 0 | 29.85 | | 6.5 | 23 | 140 | 17 | 120 |
| 17 | 94 | 78 | 86 | 1.5 | | | | 0 | 21 | 0532 | 1923 | TS | 0.00 | 0.0 | 0 | 29.88 | | 4.3 | 36 | 150 | 24 | 140 |
| 18 | 87 | 74 | 81 | -3.5 | | | | 0 | 16 | 0533 | 1922 | TS RA BR | 0.16 | 0.0 | 0 | 29.88 | | 4.3 | 27 | 350 | 21 | 350 |
| | | | | | | | | | | Monthly Averages \| Totals | | | | | | | | | | | | |
| | | | | Departure from Normal (1981-2010) | | | | | | | | | | | | | | | | | | |

| Degree Days | Monthly Total | Monthly Departure | Season-to-date Total | Season-to-date Departure |
|---|---|---|---|---|
| Heating | | | | |
| Cooling | | | | |

| Number of days with... | Temperature Max >=90° | Temperature Max <=32° | Temperature Min <=32° | Temperature Min <=0° | Precipitation >=0.01" | Precipitation >=0.1" | Snow >=1" | Weather T-Storms | Weather Heavy Fog |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Date of 5-sec to 3-sec wind equipment change | Sea Level Pressure | | Date | Time |
|---|---|---|---|---|
| N/A | Maximum | | | |
| | Minimum | | | |

| Greatest... | 24-Hr... Precip | 24-Hr... Snowfall | Snow Depth |
|---|---|---|---|
| | | | |
| Date | | | |

**Station Augmentation**

Name:N/A Lat: N/A Lon: N/A Elevation: N/A Distance: N/A Elements: N/A Equipment: N/A

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Hourly Observations
## July 2024
Generated on 08/23/2024

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 90 ft. Lat: 29.9844° N Lon: 95.3607° W
Station: **HOUSTON INTERCONTINENTAL AIRPORT, TX US WBAN:12960 (ICAO:KIAH)**

| Date | Time (LST) | Station Type | Sky Conditions | Visibility | Weather Type (see documentation) | Dry Bulb Temp | | Wet Bulb Temp | | Dew Point Temp | | Rel Hum % | Wind Speed (MPH) | Wind Dir (Deg) | Wind Gusts (MPH) | Station Press (inHg) | Press. Tend | Net 3-Hr Change (inHg) | Sea Level Press. (inHg) | Report Type | Precip Total (in) | Altimeter Setting (inHg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | AU \| AW \| MW | (F) | (C) | (F) | (C) | (F) | (C) | | | | | | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 08 | 0051 | 6 | BKN:07 10 BKN:07 60 BKN:07 100 | 10.00 | \|\|RA | 81 | 27.2 | 78 | 25.6 | 77 | 25.0 | 89 | 17 | 080 | 29 | 29.66 | | | | FM-16 | | 29.77 |
| 08 | 0053 | 7 | BKN:07 10 BKN:07 60 BKN:07 100 | 10.00 | \|RA \|RA | 80 | 26.7 | 78 | 25.6 | 77 | 25.0 | 90 | 21 | 080 | 29 | 29.66 | | | 29.77 | FM-15 | T | 29.77 |
| 08 | 0137 | 7 | FEW:02 12 SCT:04 50 BKN:07 110 | 6.00 | \|RA \|RA | 80 | 26.7 | 78 | 25.6 | 77 | 25.0 | 90 | 23 | 090 | 31 | 29.65 | | | | FM-16 | 0.04 | 29.76 |
| 08 | 0153 | 7 | FEW:02 10 SCT:04 46 BKN:07 120 | 7.00 | \|RA \|RA | 79 | 26.1 | 77 | 25.0 | 76 | 24.4 | 90 | 24 | 080 | 36 | 29.63 | | | 29.74 | FM-15 | 0.06 | 29.74 |
| 08 | 0253 | 7 | FEW:02 15 SCT:04 36 BKN:07 100 | 6.00 | \|RA \|RA | 78 | 25.6 | 76 | 24.4 | 75 | 23.9 | 90 | 21 | 060 | 31 | 29.61 | 8 | +0.07 | 29.71 | FM-15 | 0.13 | 29.72 |
| 08 | 0300 | 4 | | 5.59 | \|\|RA | 78 | 25.6 | 76 | 24.4 | 75 | 23.9 | 90 | 21 | 060 | | 29.59 | 8 | +0.07 | 29.71 | FM-12 | | |
| 08 | 0353 | 7 | SCT:04 20 SCT:04 55 OVC:08 90 | 4.00 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 77 | 25.0 | 76 | 24.4 | 90 | 30 | 050 | 43 | 29.53 | | | 29.63 | FM-15 | 0.15 | 29.64 |
| 08 | 0410 | 7 | SCT:04 24 BKN:07 40 OVC:08 70 | 2.00 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 77 | 25.0 | 76 | 24.4 | 90 | 37 | 050 | 53 | 29.51 | | | | FM-16 | 0.04 | 29.62 |
| 08 | 0425 | 7 | BKN:07 22 BKN:07 36 OVC:08 50 | 2.00 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 77 | 25.0 | 76 | 24.4 | 90 | 32 | 060 | 60 | 29.51 | | | | FM-16 | 0.14 | 29.62 |
| 08 | 0431 | 7 | FEW:02 13 BKN:07 24 OVC:08 36 | 1.00 | +RA:02 BR:1 \|RA \|RA | 79 | 26.1 | 77 | 25.0 | 76 | 24.4 | 90 | 37 | 060 | 60 | 29.48 | | | | FM-16 | 0.18 | 29.59 |
| 08 | 0453 | 7 | SCT:04 11 BKN:07 20 OVC:08 32 | 1.00 | +RA:02 BR:1 \|RA \|RA | 77 | 25.0 | 76 | 24.4 | 75 | 23.9 | 94 | 28 | 080 | 53 | 29.51 | | | 29.61 | FM-15 | 0.47 | 29.62 |
| 08 | 0509 | 7 | SCT:04 8 BKN:07 12 OVC:08 25 | 0.50 | +RA:02 FG:2 \|FG RA \|RA | 76 | 24.4 | 75 | 23.9 | 74 | 23.3 | 94 | 37 | 080 | 59 | 29.49 | | | | FM-16 | 0.28 | 29.60 |
| 08 | 0553 | 7 | | 0.50 | +RA:02 FG:2 \|FG RA \|RA | 75 | 23.9 | 74 | 23.3 | 74 | 23.3 | 96 | 38 | 080 | 67 | 29.43 | 6 | +0.18 | 29.54 | FM-15 | 1.06 | 29.54 |
| 08 | 0600 | 4 | | 0.50 | \|\|RA | 75 | 23.9 | 74 | 23.3 | 74 | 23.3 | 96 | 38 | 080 | | 29.41 | 6 | +0.18 | 29.54 | FM-12 | | |
| 08 | 0653 | 7 | | 0.75 | +RA:02 \|RA \|RA | 75 | 23.9 | 75 | 23.9 | 75 | 23.9 | 100 | 36 | 080 | 53 | 29.37 | | | 29.47 | FM-15 | 0.59 | 29.48 |
| 08 | 0753 | 7 | | 0.50 | +RA:02 s SQ:2 s \|SQ s RA s \|RA s | 77 | 25.0 | 76 | 24.4 | 76 | 24.4 | 96 | 52 | 130 | 79 | 29.23 | | | 29.34 | FM-15 | 0.84 | 29.34 |
| 08 | 0823 | 7 | | 0.25 | +RA:02 s \|RA s \|RA s | 75 | 23.9 | 75 | 23.9 | 75 | 23.9 | 100 | 51 | 120 | 83 | 29.18 | | | | FM-16 | 0.51 | 29.29 |
| 08 | 0853 | 7 | | 0.25 | +RA:02 s \|RA s \|RA s | 74 | 23.3 | | | 73 | 22.8 | 97 | 55 | 130 | 82 | | 8 | +0.29 | | FM-15 | 1.05 | |
| 08 | 0900 | 4 | | 0.25 | \|\|RA | 74 | 23.3 | | | 73 | 22.8 | 97 | 55 | 130 | | | 8 | +0.29 | | FM-12 | | |
| 08 | 0915 | 7 | | 0.50 | +RA:02 s \|RA s \|RA s | 74 | 23.3 | | | 73 | 22.8 | 97 | 59 | 150 | 82 | | | | | FM-16 | 0.26 | |
| 08 | 0923 | 7 | SCT:04 5 OVC:08 10 | 3.00 | RA:02 \|RA \|RA | 74 | 23.3 | | | 73 | 22.8 | 97 | 46 | 150 | 82 | | | | | FM-16 | 0.29 | |
| 08 | 0953 | 7 | SCT:04 5 OVC:08 10 | 2.00 | -RA:02 BR:1 \|RA \|RA | 75 | 23.9 | 74 | 23.3 | 74 | 23.3 | 96 | 40 | 170 | 67 | 29.21 | | | 29.32 | FM-15 | 0.28 | 29.32 |
| 08 | 1010 | 7 | SCT:04 7 OVC:08 12 | 4.00 | -RA:02 BR:1 \|RA \|RA | 75 | 23.9 | 74 | 23.3 | 74 | 23.3 | 96 | 34 | 180 | 68 | 29.25 | | | | FM-16 | T | 29.36 |



EXHIBIT J

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | 1053 | 7 | OVC:08 12 | 7.00 | -RA:02 \|RA \|RA | 75 | 23.9 | 73 | 22.8 | 72 | 22.2 | 90 | 28 | 200 | 56 | 29.35 | | | 29.46 | FM-15 | 0.01 | 29.46 |
| 08 | 1153 | 7 | OVC:08 12 | 7.00 | -RA:02 \|RA \|RA | 75 | 23.9 | 73 | 22.8 | 72 | 22.2 | 90 | 32 | 200 | 57 | 29.48 | 3 | -0.34 | 29.59 | FM-15 | T | 29.59 |
| 08 | 1200 | 4 | | 6.84 | \|\|RA | 75 | 23.9 | 73 | 22.8 | 72 | 22.2 | 90 | 32 | 200 | | 29.46 | 3 | -0.34 | 29.59 | FM-12 | | |
| 08 | 1253 | 7 | BKN:07 13<br>OVC:08 25 | 5.00 | -RA:02 BR:1 \|RA \|RA | 76 | 24.4 | 73 | 22.8 | 72 | 22.2 | 88 | 26 | 210 | 43 | 29.57 | | | 29.67 | FM-15 | 0.04 | 29.68 |
| 08 | 1326 | 7 | SCT:04 13<br>OVC:08 25 | 10.00 | | 77 | 25.0 | 74 | 23.3 | 72 | 22.2 | 85 | 26 | 220 | 39 | 29.60 | | | | FM-16 | | 29.71 |
| 08 | 1353 | 7 | BKN:07 17<br>OVC:08 25 | 4.00 | -RA:02 BR:1 \|RA \|RA | 77 | 25.0 | 74 | 23.3 | 73 | 22.8 | 88 | 29 | 220 | 40 | 29.62 | | | 29.73 | FM-15 | 0.04 | 29.73 |
| 08 | 1453 | 7 | SCT:04 17<br>BKN:07 50<br>OVC:08 250 | 10.00 | | 77 | 25.0 | 74 | 23.3 | 73 | 22.8 | 88 | 23 | 220 | 34 | 29.65 | 1 | -0.17 | 29.76 | FM-15 | T | 29.76 |
| 08 | 1500 | 4 | | 9.94 | | 77 | 25.0 | 74 | 23.3 | 73 | 22.8 | 88 | 23 | 220 | | 29.63 | 1 | -0.17 | 29.76 | FM-12 | | |
| 08 | 1553 | 7 | SCT:04 31<br>BKN:07 75<br>BKN:07 250 | 10.00 | | 83 | 28.3 | 75 | 23.9 | 72 | 22.2 | 70 | 17 | 250 | 29 | 29.66 | | | 29.76 | FM-15 | 0.00 | 29.77 |
| 08 | 1653 | 7 | SCT:04 35<br>SCT:04 75<br>BKN:07 250 | 10.00 | | 84 | 28.9 | 75 | 23.9 | 71 | 21.7 | 65 | 14 | 270 | 25 | 29.67 | | | 29.78 | FM-15 | 0.00 | 29.78 |
| 08 | 1753 | 7 | SCT:04 40<br>BKN:07 250 | 10.00 | | 84 | 28.9 | 75 | 23.9 | 71 | 21.7 | 65 | 10 | 280 | | 29.69 | 3 | -0.04 | 29.80 | FM-15 | 0.00 | 29.80 |
| 08 | 1800 | 4 | | 9.94 | | 84 | 28.9 | 75 | 23.9 | 71 | 21.7 | 65 | 10 | 280 | | 29.67 | 3 | -0.04 | 29.80 | FM-12 | | |
| 08 | 1853 | 7 | SCT:04 40<br>BKN:07 250 | 10.00 | | 84 | 28.9 | 76 | 24.4 | 72 | 22.2 | 67 | 7 | 270 | | 29.69 | | | 29.80 | FM-15 | 0.00 | 29.80 |
| 08 | 1953 | 7 | FEW:02 40<br>SCT:04 75<br>BKN:07 250 | 10.00 | | 79 | 26.1 | 75 | 23.9 | 73 | 22.8 | 82 | 0 | 000 | | 29.72 | | | 29.83 | FM-15 | 0.00 | 29.83 |
| 08 | 2053 | 7 | FEW:02 40<br>FEW:02 75<br>BKN:07 250 | 10.00 | | 77 | 25.0 | 75 | 23.9 | 74 | 23.3 | 90 | 0 | 000 | | 29.73 | 3 | -0.04 | 29.84 | FM-15 | 0.00 | 29.84 |
| 08 | 2100 | 4 | | 9.94 | | 77 | 25.0 | 75 | 23.9 | 74 | 23.3 | 90 | 0 | 000 | | 29.71 | 3 | -0.04 | 29.84 | FM-12 | | |
| 08 | 2153 | 7 | FEW:02 40<br>SCT:04 250 | 10.00 | | 76 | 24.4 | 75 | 23.9 | 74 | 23.3 | 94 | 0 | 000 | | 29.77 | | | 29.88 | FM-15 | 0.00 | 29.88 |
| 08 | 2253 | 7 | FEW:02 40<br>SCT:04 250 | 10.00 | | 75 | 23.9 | 73 | 22.8 | 72 | 22.2 | 90 | 0 | 000 | | 29.79 | | | 29.89 | FM-15 | 0.00 | 29.90 |
| 08 | 2353 | 7 | FEW:02 65<br>SCT:04 250 | 10.00 | | 74 | 23.3 | 73 | 22.8 | 72 | 22.2 | 94 | 0 | 000 | | 29.80 | 1 | -0.06 | 29.91 | FM-15 | 0.00 | 29.91 |



EXHIBIT J

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Hourly Remarks
## July 2024
Generated on 08/23/2024

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 90 ft. Lat: 29.9844° N Lon: 95.3607° W
Station: **HOUSTON INTERCONTINENTAL AIRPORT, TX US WBAN:12960 (ICAO:KIAH)**

| Date | Time (LST) | Remarks |
|---|---|---|
| 08 | 0051 | MET12107/08/24 00:51:02 SPECI KIAH 080651Z 08015G25KT 10SM -RA BKN010 BKN060 BKN100 27/25 A2977 RMK AO2 RAB32 P0000 $ FIBI (CB) |
| 08 | 0053 | MET13307/08/24 00:53:02 METAR KIAH 080653Z 08018G25KT 10SM -RA BKN010 BKN060 BKN100 27/25 A2977 RMK AO2 RAB32 SLP081 P0000 T02670250 $ (CB) |
| 08 | 0137 | MET13907/08/24 01:37:02 SPECI KIAH 080737Z 09020G27KT 6SM RA BR FEW012 SCT050 BKN110 27/25 A2976 RMK AO2 PK WND 09030/0723 P0004 T02670250 $ (CB) |
| 08 | 0153 | MET14307/08/24 01:53:02 METAR KIAH 080753Z 08021G31KT 7SM RA FEW010 SCT046 BKN120 26/24 A2974 RMK AO2 PK WND 08031/0749 SLP072 P0006 T02610244 $ (CB) |
| 08 | 0253 | MET15807/08/24 02:53:02 METAR KIAH 080853Z 06018G27KT 6SM RA BR FEW015 SCT036 BKN100 26/24 A2972 RMK AO2 PK WND 07034/0805 SLP061 P0012 60018 T02560239 58024 $ (CB) |
| 08 | 0300 | SYN09272243 11459 80618 10256 20239 30021 40061 58024 60057 763// 90853 333 91027 96010 555 90809= |
| 08 | 0353 | MET15407/08/24 03:53:02 METAR KIAH 080953Z 05026G37KT 4SM +RA BR SCT020 SCT055 OVC090 26/24 A2964 RMK AO2 PK WND 05037/0950 PRESFR SLP034 P0013 T02610244 $ (CB) |
| 08 | 0410 | MET14007/08/24 04:10:02 SPECI KIAH 081010Z 05032G46KT 2SM +RA BR SCT024 BKN040 OVC070 26/24 A2962 RMK AO2 PK WND 04046/1009 P0004 T02610244 $ (CB) |
| 08 | 0425 | MET14007/08/24 04:25:02 SPECI KIAH 081025Z 06028G52KT 2SM +RA BR BKN022 BKN036 OVC050 26/24 A2962 RMK AO2 PK WND 05052/1023 P0014 T02610244 $ (CB) |
| 08 | 0431 | MET14007/08/24 04:31:02 SPECI KIAH 081031Z 06032G52KT 1SM +RA BR FEW013 BKN024 OVC036 26/24 A2959 RMK AO2 PK WND 05052/1023 P0018 T02610244 $ (CB) |
| 08 | 0453 | MET14707/08/24 04:53:02 METAR KIAH 081053Z 08024G46KT 1SM +RA BR SCT011 BKN020 OVC032 25/24 A2962 RMK AO2 PK WND 05052/1023 SLP028 P0042 T02500239 $ (CB) |
| 08 | 0509 | MET14207/08/24 05:09:02 SPECI KIAH 081109Z 08032G51KT 1/2SM +RA FG SCT008 BKN012 OVC025 24/23 A2960 RMK AO2 PK WND 07051/1106 P0028 T02440233 $ (CB) |
| 08 | 0553 | MET16407/08/24 05:53:02 METAR KIAH 081153Z 08033G58KT 1/2SM +RA FG VV008 24/23 A2954 RMK AO2 PK WND 08058/1148 SLP002 P0107 60180 70212 T02390233 10267 20239 56060 $ (WS) |
| 08 | 0600 | SYN11072243 11308 /0833 10239 20233 39960 40002 56060 60461 765// 91153 333 10322 20239 70538 91058 96041 555 90812= |
| 08 | 0653 | MET13107/08/24 06:53:02 METAR KIAH 081253Z 08031G46KT 3/4SM +RA VV009 24/24 A2948 RMK AO2 PK WND 08057/1215 SLP981 P0059 T02390239 $ (WS) |
| 08 | 0753 | MET13407/08/24 07:53:02 METAR KIAH 081353Z 13045G69KT 1/2SM +RA SQ VV009 25/24 A2934 RMK AO2 PK WND 12069/1353 SLP936 P0076 T02500244 $ (WS) |
| 08 | 0823 | MET13107/08/24 08:23:02 SPECI KIAH 081423Z 12044G72KT 1/4SM +RA VV008 24/24 A2929 RMK AO2 PK WND 12072/1418 PRESFR P0051 T02390239 $ (WS) |
| 08 | 0853 | MET14307/08/24 08:53:02 METAR KIAH 081453Z 13048G71KT 1/4SM +RA VV008 23/23 A2925 RMK AO2 PK WND 13072/1431 SLP905 P0116 60251 T02330228 58097 $ (WS) |
| 08 | 0900 | SYN08672243 11304 /1348 10233 20228 39862 49905 58097 60647 765// 91453 333 91071 555 90815= |
| 08 | 0915 | MET12407/08/24 09:15:02 SPECI KIAH 081515Z 15051G71KT 1/2SM +RA VV008 23/23 A2926 RMK AO2 PK WND 13071/1515 P0026 T02330228 $ (WS) |
| 08 | 0923 | MET12907/08/24 09:23:02 SPECI KIAH 081523Z 15040G71KT 3SM RA SCT005 OVC010 23/23 A2927 RMK AO2 PK WND 13071/1515 P0029 T02330228 $ (WS) |
| 08 | 0953 | MET14007/08/24 09:53:02 METAR KIAH 081553Z 17035G58KT 2SM -RA BR SCT005 OVC010 24/23 A2932 RMK AO2 PK WND 13071/1515 SLP929 P0032 T02390233 $ (WS) |
| 08 | 1010 | MET14007/08/24 10:10:02 SPECI KIAH 081610Z 18030G59KT 4SM -RA BR SCT007 OVC012 24/23 A2936 RMK AO2 PK WND 18059/1609 PRESRR P0000 T02390233 $ (WS) |
| 08 | 1053 | MET13507/08/24 10:53:02 METAR KIAH 081653Z 20024G49KT 7SM -RA OVC012 24/22 A2946 RMK AO2 PK WND 18059/1609 PRESRR SLP976 P0001 T02390222 (WS) |
| 08 | 1153 | MET16107/08/24 11:53:02 METAR KIAH 081753Z 20028G50KT 7SM -RA OVC012 24/22 A2959 RMK AO2 PK WND 18050/1655 PRESRR SLP019 P0000 60284 T02390222 10256 20233 53114 $ (WS) |
| 08 | 1200 | SYN09872243 11461 82028 10239 20222 39977 40019 53114 60721 761// 91753 333 10267 20233 91050 555 90818= |
| 08 | 1253 | MET12907/08/24 12:53:02 METAR KIAH 081853Z 21023G37KT 5SM -RA BR BKN013 OVC025 24/22 A2968 RMK AO2 RAE06B29 SLP049 T02440222 PNO $ (WS) |
| 08 | 1326 | MET12007/08/24 13:26:02 SPECI KIAH 081926Z 22023G34KT 10SM SCT013 OVC025 25/22 A2971 RMK AO2 RAE23 PRESRR T02500222 PNO $ (WS) |
| 08 | 1353 | MET12907/08/24 13:53:02 METAR KIAH 081953Z 22025G35KT 4SM -RA BR BKN017 OVC025 25/23 A2973 RMK AO2 RAE23B48 SLP068 T02500228 PNO $ (WS) |
| 08 | 1453 | MET14007/08/24 14:53:02 METAR KIAH 082053Z 22020G30KT 10SM SCT017 BKN050 OVC250 25/23 A2976 RMK AO2 RAE47 SLP077 60008 T02500228 51058 PNO $ (AES) |
| 08 | 1500 | SYN08072243 12466 82220 10250 20228 30034 40077 51058 60027 92053 333 91030 555 90821= |
| 08 | 1553 | MET12207/08/24 15:53:02 METAR KIAH 082153Z 25015G25KT 10SM SCT031 BKN075 BKN250 28/22 A2977 RMK AO2 SLP079 T02830222 PNO $ (AES) |
| 08 | 1653 | MET11807/08/24 16:53:02 METAR KIAH 082253Z 27012G22KT 10SM SCT035 SCT075 BKN250 29/22 A2978 RMK AO2 SLP083 T02890217 $ (AES) |
| 08 | 1753 | MET13207/08/24 17:53:02 METAR KIAH 082353Z 28009KT 10SM SCT040 BKN250 29/22 A2980 RMK AO2 SLP090 60008 T02890217 10289 20239 53013 $ (AES) |
| 08 | 1800 | SYN08672243 12666 62809 10289 20217 30048 40090 53013 60021 92353 333 10289 20239 555 90900= |
| 08 | 1853 | MET10207/08/24 18:53:01 METAR KIAH 090053Z 27006KT 10SM SCT040 BKN250 29/22 A2980 RMK AO2 SLP092 T02890222 $ |
| 08 | 1953 | MET10907/08/24 19:53:01 METAR KIAH 090153Z 00000KT 10SM FEW040 SCT075 BKN250 26/23 A2983 RMK AO2 SLP100 T02610228 $ |
| 08 | 2053 | MET11507/08/24 20:53:01 METAR KIAH 090253Z 00000KT 10SM FEW040 FEW075 BKN250 25/23 A2984 RMK AO2 SLP105 T02500233 53015 $ |



EXHIBIT J

| | | |
|---|---|---|
| 08 | 2100 | SYN06472243 32666 60000 10250 20233 30061 40105 53015 90253 555 90903= |
| 08 | 2153 | MET10207/08/24 21:53:02 METAR KIAH 090353Z 00000KT 10SM FEW040 SCT250 24/23 A2988 RMK AO2 SLP117 T02440233 $ |
| 08 | 2253 | MET10207/08/24 22:53:02 METAR KIAH 090453Z 00000KT 10SM FEW040 SCT250 24/22 A2990 RMK AO2 SLP123 T02390222 $ |
| 08 | 2353 | MET13007/08/24 23:53:02 METAR KIAH 090553Z 00000KT 10SM FEW065 SCT250 23/22 A2991 RMK AO2 SLP127 T02330222 10289 20233 402890233 51022 $ |



EXHIBIT J

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Hourly Precipitation
## July 2024

Generated on 08/23/2024

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 90 ft. Lat: 29.9844° N Lon: 95.3607° W

Station: **HOUSTON INTERCONTINENTAL AIRPORT, TX US WBAN:12960 (ICAO:KIAH)**

| Date | For Hour (LST) Ending at | | | | | | | | | | | | | | | | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 AM | 2 AM | 3 AM | 4 AM | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | NOON | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | MID | |
| 01 | | | | | | | | | | | | | | | | | | | | | | | | | 01 |
| 02 | | | | | | | | | | | | | | | | | | | | | | | | | 02 |
| 03 | | | | | | | | | | | | | | | | | | | | | | | | | 03 |
| 04 | | | | | | | | | | | | | | | | | | | | | | | | | 04 |
| 05 | | | | | | | | | | | | | | | | | | | | | | | | | 05 |
| 06 | | | | | | | | | | | | | | T | 0.07 | 0.30 | 0.01 | | | | | | | | 06 |
| 07 | | | | | | | | T | | | | 0.22 | T | | | T | 0.06 | 0.01 | 0.03 | | | | | | 07 |
| 08 | T | 0.06 | 0.13 | 0.15 | 0.47 | 1.06 | 0.59 | 0.84 | 1.05 | 0.28 | 0.01 | T | 0.04 | 0.04 | T | | | | | | | | | | 08 |
| 09 | | | | | | | | | | | | | | | | | | | | | | | | | 09 |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | 11 |
| 12 | | | | | | | | | | | | M | 0.20 | 0.04 | 0.13 | T | | | | | | | | | 12 |
| 13 | | | | T | T | T | 0.02 | T | M | T | | M | | | | | 0.11 | 0.29 | 0.43 | 0.01 | | | | M | 13 |
| 14 | | | | | | | | | M | | | | | | | | | M | T | M | M | M | M | M | 14 |
| 15 | M | M | M | M | M | M | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | | | | | | 16 |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | | 17 |
| 18 | | | | | | | T | 0.07 | 0.07 | 0.02 | T | M | | | | | | | | | | | | | 18 |
| 19 | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | 19 |
| 20 | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | M | 20 |

**Maximum Short Duration Precipitation**

| Time Period (Minutes) | 5 | 10 | 15 | 20 | 30 | 45 | 60 | 80 | 100 | 120 | 150 | 180 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precipitation (inches) | | | | | | | | | | | | |
| Ending Date Time (yyyy-mm-dd hh:mi) | | | | | | | | | | | | |

Hourly, daily, and monthly totals on the Daily Summary page and the Hourly Precipitation Table are shown as reported by the instrumentation at the site. However, NWS does not edit hourly values for its ASOS sites, but may edit the daily and monthly totals for selected sites which will be reflected on the Daily Summary page.

T = Trace
s = Suspect
* = Erroneous
blank = No precipitation observed
M = Missing



EXHIBIT J

# Appendix C

# Historical Images




**Photo 1:** Aerial plan view of the subject property on January 4, 2010. [Source: Google Earth Pro, 2010.01.04]



**Photo 2:** Aerial plan view of the subject property on August 1, 2015. [Source: Google Earth Pro, 2015.08.01]



**Photo 3:** Aerial plan view of the subject property on April 27, 2020. [Source: Nearmap, 2020.04.27]



**Photo 4:** Aerial plan view of the subject property on January 9, 2024 prior to date of loss. [Source: Nearmap, 2024.01.09]



**Photo 5:** Aerial plan view of the subject property on October 24, 2024 after the date of loss. [Source: Nearmap, 2024.10.20]