**Thornton Tomasetti**

# Engineering Assessment Report

**6833 W Sam Houston Pkwy S, Houston, TX 77072**

| | |
|---|---|
| **Insured:** | **Asian Commerce Center** |
| **Loss Address:** | **6833 W Sam Houston Pkwy S, Houston, TX 77072** |
| **Type of Loss:** | **CAT Beryl** |
| **Liberty Mutual Claim No.:** | **24220304** |
| **Thornton Tomasetti:** | **24012685.01** |
| **Date of Loss:** | **July 8, 2024** |

**Prepared For**

**Christopher Alvarez**
**General Adjuster**
**Property Large Loss**
**Liberty Mutual Insurance**
**Orange, CA**




**Prepared By**

**D. Michael Dowdall, P.E.**
**Senior Vice President**

**Kylie Schalz**
**Associate Principal**

**Thornton Tomasetti, Inc.**
**1101 West 40th Street, Suite 101**
**Austin, TX 78756**
**Texas Firm Registration No. F-2914**
**www.ThorntonTomasetti.com**

**February 14, 2025**

## Table of Contents

**1.0 Introduction and Project Overview** .......... **1**
**2.0 Property Description** .......... **1**
**3.0 Weather Information** .......... **2**
3.1 General Path of the Event .......... 3
3.2 Weather Data for the Subject Property .......... 3
**4.0 Historical Imagery Review** .......... **4**
**5.0 Document Review** .......... **5**
**6.0 Site Investigation** .......... **6**
6.1 Site Observations .......... 6
**7.0 Analysis and Discussion** .......... **6**
7.1 Weather and Characteristics of Wind-Related Distress .......... 6
7.2 Analysis .......... 7
**8.0 Conclusions** .......... **8**
**9.0 Limitations** .......... **9**

## Appendices

Appendix A **Photographs by Thornton Tomasetti**

Appendix B **Weather Reports**

Appendix C **Mechanical Equipment Matrix**

Appendix D **Mechanical Equipment Location Diagram**

## 1.0 Introduction and Project Overview

Thornton Tomasetti, Inc. (TT) was engaged by Liberty Mutual Insurance to perform an engineering evaluation of the roof-mounted mechanical equipment at the Subject Property located 6833 W. Sam Houston Parkway S in Houston, Texas following a named storm event, CAT Beryl, that occurred on July 8, 2024 (the date of loss). The purpose of our work was to determine the scope of damage to the mechanical equipment at the subject property caused by the event. The scope of our assessment included one site visit to the subject property to visually inspect and photo document the reported distressed conditions, review of available project documentation including publicly available weather information, historical aerial imagery, and TT's Storm Damage Evaluation Report, dated 2/7/2025.

## 2.0 Property Description

The subject property consists of a 2-story commercial building located at 6833 W Sam Houston Pkwy S, Houston, TX 77072. The building is approximately 35,000 square feet (sf) and is comprised of various retail/office spaces for separate entities. The property was constructed in 2006[1].

The building's Heating, Ventilation & Air Conditioning (HVAC) system includes rooftop mechanical equipment by which retail and office spaces are served, including fourteen (14) roof-mounted condensing units, fifteen (15) rooftop packaged units, and three (3) exhaust fans. **Figure 1-3** depict various views of the building for reference.




**Figure 1**: Aerial plan view of the subject property. [Source: Nearmap, 2024]

[1] 6833 W Sam Houston Pky S, Houston, TX 77072 - Asian Commerce Center | LoopNet



**Figure 2**: Aerial isometric view of the subject property. [Source: Nearmap, 2024]




**Figure 3**: Street view of the western face of the subject property. [Source: Google Earth Pro, 2024]

## 3.0 Weather Information

Tropical cyclone Hurricane Beryl moved from the Gulf of Mexico, through the Houston area on July 8, 2024, according to several National Oceanic and Atmospheric Administration (NOAA) Hurricane Beryl advisories[2]. A NOAA advisory[3] on July 8, 2024, stated the following at 2AM CDT, "*Beryl is nearing the middle Texas coast and is expected to make landfall within the next few hours. Conditions are deteriorating with dangerous storm surge and flash flooding. Sustained tropical-storm-force winds and hurricane-force wind gust have already been reported along the coast.*" NOAA[4] provides the following description of a tropical cyclone:

---

[2] https://www.nhc.noaa.gov/archive/2024/BERYL.shtml?
[3] https://www.nhc.noaa.gov/archive/2024/al02/al022024.update.07080357.shtml?
[4] https://www.nhc.noaa.gov/

*A tropical cyclone is a rotating, organized system of clouds and thunderstorms that originates over tropical or subtropical waters and has a closed low-level circulation. Tropical cyclones rotate counterclockwise in the Northern Hemisphere. They are classified as follows:*

- *Tropical Depression: A tropical cyclone with maximum sustained winds of 38 mph or less.*
- *Tropical Storm: A tropical cyclone with maximum sustained winds of 39 to 73 mph.*
- *Hurricane: A tropical cyclone with maximum sustained winds of 74 mph or higher.*

## 3.1 General Path of the Event

According to NOAA[5], at 10PM CDT on July 7, 2024, Beryl was forecasted to make landfall as a hurricane along the Texas coast early on July 8 with wind speeds near 75 mph. At 5AM CDT, on July 8, Beryl was moving inland over eastern Texas with life-threatening storm surge and heavy rainfall[6]. Beryl was 20 miles Northwest of Houston by 10AM CDT with maximum sustained winds of 70 mph[7]. The tropical cyclone moved towards eastern Texas with risks of tornadoes across eastern Texas, western Louisiana and Arkansas by 7PM CDT on July 8, 2024[8]. **Figure 4** shows the path of the tropical cyclone.




**Figure 4**: Path of Hurricane Beryl [Source NOAA; Annotations by TT]

## 3.2 Weather Data for the Subject Property

TT reviewed available weather data from NOAA's Local Climatological Data (LCD)[9] for the Houston Intercontinental Airport (IAH) and Houston Hobby Airport (HOU) referenced in **Appendix B**. **Table 1** provides a summary of the LCD from both airports. The IAH airport is approximately 30 miles northeast and the HOU airport is approximately 22 miles southeast of the subject property. The airport weather stations provided the following weather data for July 8, 2024:

- Peak sustained wind speed: 62 mph (IAH) and 58 mph (HOU).

---

[5] https://www.nhc.noaa.gov/archive/2024/al022024.update.07080357.shtml?
[6] https://www.nhc.noaa.gov/archive/2024/al02/al022024.update.07080953.shtml?
[7] https://www.nhc.noaa.gov/archive/2024/al02/al02/al022024.public.040.shtml?
[8] https://www.nhc.noaa.gov/archive/2024/al02/al022024.public_a.041.shtml?
[9] https://www.weather.gov/ spc.noaa.gov/

- Peak wind gust speed: 83 mph (IAH) and 84 mph (HOU).
- Precipitation: 4.72 inches (IAH) and 6.65 inches (HOU).

| Time | IAH Data | | | HOU Data | | |
|---|---|---|---|---|---|---|
| | Wind Speed | Max Gust | Direction | Wind Speed | Max Gust | Direction |
| 5:09 AM | 37 mph | 59 mph | 080 | 39 mph | 68 mph | 090 |
| 7: 53 AM | 52 mph | 79 mph | 130 | 54 mph | 84 mph | 150 |
| 8:23 AM | 51 mph | 83 mph | 120 | NA | NA | NA |
| 9:23 AM | 42 mph | 82 mph | 150 | NA | NA | NA |
| 11: 53 AM | 32 mph | 57 mph | 200 | 32 mph | 46 mph | 210 |
| 1:53 PM | 29 mph | 40 mph | 220 | 21 mph | 29 mph | 230 |
| 3:53 PM | 17 mph | 29 mph | 250 | 16 mph | 28 mph | 250 |
| Max | 62 mph | 83 mph | 130 | 58 mph | 84 mph | 160 |

**Table 1:** Summary of the LCD Houston observations during the event.

## 4.0 Historical Imagery Review

Thornton Tomasetti obtained historic imagery from commercially available websites such as Nearmap, Google Earth, and Vexcel. The most recent image from before the date of loss is January 9, 2024 (**Figure 5**). The image taken after the event is dated October 24, 2024 (**Figure 6**). The following is a summary of our observations from the historical imagery:

- All mechanical equipment, including packaged units, condensing units, and exhaust fans, remain in the same position in images taken before and after the date of loss.
- Several condensate drain lines appear to have been displaced from their original positions between January 9 and October 24, 2024.
- One (1) condensate drain line was disconnected from its respective unit prior to the event.



**Figure 5:** Aerial plan view of the subject property on January 9, 2024, prior to date of loss. [Source: Nearmap, 2024.01.09]



**Figure 6:** Aerial plan view of the subject property on October 24, 2024, after the date of loss. [Source: Nearmap, 2024.10.20]

## 5.0 Document Review

The following documents in **Table 3** were provided to TT by the public adjuster and general contractor for the owner and were reviewed as part of our evaluation:

| Date | File Name | Designer/Author |
|---|---|---|
| 7 August 2024 | Asian-commerce-cente_final-estimate completed by Restore | Restore Zone |
| 9 January 2025 | Adjuster estimate | Liberty Mutual Insurance |
| 9 January 2025 | EXT and Roof plan | Liberty Mutual Insurance |
| 9 January 2025 | Field Photos | Liberty Mutual Insurance |

**Table 3**: Received Documents

The Public Adjuster's estimate, dated August 7, 2024, includes the following scope of work for the rooftop mechanical units:

- Removal and replacement of eighteen (18) 10-ton commercial grade air conditioning units
- Removal and replacement of three (3) 20-ton commercial grade air conditioning units.

# 6.0 Site Investigation

TT representatives visited the Subject Property on January 29, 2025, to document the existing conditions of the rooftop mechanical equipment. Our evaluation was limited to visual observations and documentation of accessible rooftop mechanical equipment. Access was not provided to interior spaces.

## 6.1 Site Observations

The following section includes a summary of our observations. Representative photographs of noted conditions are referenced below and included in **Appendix A** of this report. An equipment matrix with detailed observations and recommendations for each unit can be found in **Appendix C** of this report. A roof diagram identifying the general locations of the rooftop mechanical equipment can be found in **Appendix D** of this report.

- There are fourteen (14) roof-mounted condensing units and fifteen (15) rooftop packaged units, all between 0.5 and 10 tons and ranging in date of manufacture from 2004 to 2024. There are three (3) exhaust fans at the roof level. (See **Photo 1** - **Photo 2**).
- All mechanical equipment at the roof level appeared intact in their original positions. There was no evidence of shifting or displacement on the roof curbs or dunnage. (See **Photo 3** - **Photo 6**)
- Some units had abrasions and/or deformations to the coil fins and enclosure. Impacts and deformations to coil fins appeared both long-term and recent. (See **Photo 7 - Photo 14**).
- Several units had enclosure panels which were improperly secured, with fasteners installed between panels. (See **Photo 15** - **Photo 18**)
- All three exhaust fans had evidence of corrosion on their support stands, housing, and/or ductwork. (See **Photo 19** - **Photo 22**).
- Some mechanical units had condensate drain lines which were rotated, displaced, broken or disconnected. (See **Photo 23** - **Photo 26**).
- Some mechanical units were weathered and had corrosion on their enclosures. Refrigerant lines had deteriorated or missing insulation. (See **Photo 27** - **Photo 30**).
- Condensate drain line support blocks and tie down straps were displaced and/or disconnected at multiple locations. (See **Photo 31** - **Photo 34**).

# 7.0 Analysis and Discussion

## 7.1 Weather and Characteristics of Wind-Related Distress

The National Oceanic and Atmospheric Administration (NOAA) uses the Saffir-Simpson Hurricane Wind Scale to categorize the strength of tropical storms and hurricanes. The Saffir-Simpson Hurricane Wind Scale utilizes maximum sustained[10] wind speeds for the determination of hurricane strength. The tropical storm sustained wind speeds can range from 39 to 73 mph. Hurricane strength sustained wind speeds

---

[10] Maximum Sustained Wind is defined the peak 1-minute wind at the standard meteorological observation height of 10 m (33 feet) over unobstructed exposure, The Saffir-Simpson Hurricane Wind Scale by The Saffir Team (Schott, T., Landsea, C., Hafele, G., Lorens, J., Taylor, A., Thurn, H. Ward, B., Willis, M., and Zaleski, W.

begin at 74 to 95 mph (Category 1 storm) and go as high as 157 mph or higher (Category 5 storm). The NOAA weather reports indicated sustained wind speeds of approximately 62 mph, and peak wind gust speeds of approximately 84mph, located approximately 22 miles from the subject property. Therefore, based on the available weather data, the subject property experienced tropical storm wind speeds.

During a major wind event, the magnitude of wind forces increases with an increase in wind speed. Wind forces tend to be greatest at the edges, ridges, and corners of equipment. Therefore, the first indications of wind distress will typically be located on the edges and corners near the top of mechanical equipment and their enclosures. The damage typically consists of the displacement of access panels and enclosure panels. In many cases, equipment may be lifted and displaced by high-speed winds. Additionally, high-speed winds can lift debris and cause damage due to impact. Exposed coil fins or internal components of mechanical equipment may become deformed by these impacts. Typical mechanical equipment will generally incur damage to its enclosure prior to any damage to internal components.

## 7.2 Analysis

The subject property has fourteen (14) roof-mounted condensing units, fifteen (15) rooftop packaged units and three (3) exhaust fans at the roof level. **Appendix C** presents an equipment matrix with detailed assessments, discussions and recommendations for each unit. Overall, majority of the mechanical equipment at the roof level was deteriorated due to long-term weathering, age, and lack of maintenance. Event-related distress consisted of the following:

- Five (5) packaged units and two (2) condensing units exhibited distress to their enclosure. Distress ranged from minor abrasions to deformations. Abrasions and deformation are due to windborne debris during the event but did not impact the coil fins or internal components and would not have affected the overall performance of the equipment. The affected enclosure panels should be repaired or replaced.
- Seven (7) packaged units and four (4) condensing units had exposed coil fins with evidence of both long-term and recent impacts and deformations. Long-term deformations had evidence of dirt, debris and corrosion with weathered and smooth edges, while recent deformations and abrasions are cleaner and shinier at the exposed metal surface and sharp around the edges. Recent deformations are attributable to windborne debris during the event. There were no deformations large enough to impact the coils or large enough in surface area to affect the overall performance of the unit. The coil fins for these units should be combed by a licensed HVAC technician.
- Ten (10) packaged units had rotated, displaced, broken or disconnected condensate drain lines caused by wind during the event. There were missing tie downs on condensate drain line supports, as well as several displaced and/or deteriorated supports blocks. Support blocks and tie downs for packaged units should be reinstalled per code and manufacturer's installation instructions.

Additional distress was observed to the rooftop mechanical equipment but is not attributable to the event. Pre-existing distress consisted of the following:

- Three (3) exhaust fans had evidence of long-term weathering and corrosion on their metallic support stands, housing and ductwork.
- Twelve (12) packaged units and eleven (11) condensing units were observed with long term weathering, deterioration and/or corrosion, including corroded fan motors and fan guards and missing/deteriorated refrigerant line insulation.

- There were no rooftop mechanical units that were damaged beyond repair.
- Twelve (12) mechanical units and all three (3) exhaust fans at the roof level exhibited no event-related distress.

Six (6) units at the subject property use R-22 refrigerant. As of January 1, 2020, the United States Environmental Protection Agency (EPA) banned the remaining production and import of R-22 refrigerant.[11] This mandate does not prohibit the purchase of existing or recycled R-22 refrigerant for existing units. The EPA specifically states, "you are not required to stop using R-22 air conditioners, nor are you required to replace your air conditioner." R-22 refrigerant is still readily available for servicing existing R-22 units.

The EPA regulation is not a current Texas Building Code or current International Mechanical or Energy Conservation Code (IMC, IECC) requirement and therefore does not require full replacement for R-22 units with minor repairs or replacement of individual components within the unit. Service and repair to existing R-22 units is acceptable under this EPA regulation. However, R-22 units that are damaged beyond repair as a result of the event will require replacement. As R-22 units are no longer readily available it is recommended that these units be replaced with energy code complaint R-410a units.

The Public Adjuster's estimate, dated August 7, 2024, includes the following scope of work for the rooftop mechanical units:

- Removal and replacement of eighteen (18) 10-ton commercial grade air conditioning units
- Removal and replacement of three (3) 20-ton commercial grade air conditioning units.

The rooftop mechanical equipment observed during our site visit ranged from 0.5 tons to 10 tons. There were no 20-ton units at the Subject Property at the time of our site visit. Additionally, there were no units that were damaged beyond repair and require replacement because of the event. The extent of event-related damage is limited to cosmetic abrasions and deformations to coil fins, enclosures, and displacement of condensate drain piping; all of which can be repaired.

## 8.0 Conclusions

The purpose of our assessment was to determine the scope of damage to the mechanical equipment at the subject property caused by the event. Based on our review of received documents, observations and available weather data, TT concludes the following with regard to the event-related distress of mechanical equipment:

- Seven (7) packaged units and four (4) condensing units had impacts and deformations to the coil fins caused by wind borne debris during the event. Abrasions and deformations to the coil fins were not large enough to impact the coils or large enough in surface area to affect the overall performance of the equipment. Localized combing of the fins is an appropriate repair for these conditions and should be performed by a licensed HVAC technician.
- Ten (10) packaged units had broken, rotated, and displaced condensate drain lines caused by wind forces and wind-borne debris acting on deteriorated supports during the event. Condensate drain lines should be repaired per the City of Houston Mechanical Code and manufacturer's installation instructions with adequate support and sloping toward roof drains.

---

[11] Phasing out HCFC refrigerants to protect the ozone layer (epa.gov)

- Abrasions and deformations to equipment enclosures, likely developed by wind forces, improperly secured enclosure panels, and wind-borne debris are cosmetic damages and do not impact the overall performance of the unit. Affected enclosure panels can be repaired or replaced as needed.
- There were no rooftop mechanical units that were damaged beyond repair and require replacement.

## 9.0 Limitations

Thornton Tomasetti's professional services have been performed in accordance with the standards of skill and care generally exercised by other professional consultants acting under similar circumstances and conditions at the time the services were performed.

Thornton Tomasetti's findings, conclusions and opinions are based on Thornton Tomasetti's visual observations, professional experience, interviews with those knowledgeable with the conditions pertinent to the subject investigation, evaluation of documentation and sound investigation practices.

While Thornton Tomasetti's findings are summarized as of the date of issuance, should new information or additional documentation become available, Thornton Tomasetti may amend or revise its opinions and recommendations accordingly.

This report shall not be construed to warrant or guarantee the building and/or any of its components under any circumstances. Thornton Tomasetti shall not be responsible for latent or hidden defects that may exist, nor shall it be inferred that all defects have been either observed or recorded. Thornton Tomasetti's visual observations include no specific knowledge of concealed construction or subsurface conditions at the subject property.  Comments pertaining to concealed construction or subsurface conditions are the professional opinion of Thornton Tomasetti based on relevant experience, judgment and current standards of practice.

This report is intended solely to investigate the cause and origin and/or scope of damage at the subject loss on behalf of the Client. Conditions noted in this report are as of the time of observation only. It can be expected that the subject building will undergo changes and additional deterioration subsequent to that date.

No other warranty, express or implied, is made as to the professional advice presented in this report.

# Appendix A: Photographs Taken by Thornton Tomasetti



**Photo 1:** Rooftop Equipment




**Photo 2**: Rooftop Equipment




**Photo 3:** Unit 4 – Equipment intact in its original position




**Photo 4:** Units 13 & 14 – Equipment intact in their original position



**Photo 5:** Unit 11 – Equipment intact in its original position




**Photo 6:** Unit 23 – Equipment intact in its original position



**Photo 7:** Unit 1 – Abrasions on metal enclosure



**Photo 8**: Unit 5 – Deformation to metal enclosure



**Photo 9**: Unit 20 – Deformation to top of metal enclosure



**Photo 10**: Unit 12 – Deformation to metal enclosure



**Photo 11**: Unit 8 – Exposed coil fins with long term abrasions and deformations.



**Photo 12**: Unit 10 – Exposed coil fins with long term abrasions and deformations.



**Photo 13**: Unit 12 – Exposed coil fins with recent impact and deformation



**Photo 14**: Unit 30 – Exposed coil fins with recent impact and deformation



**Photo 15:** Unit 6 – Enclosure panels improperly secured, with fasteners installed between panels.



**Photo 16:** Unit 20 – Enclosure panels improperly secured, with fasteners installed between panels.



**Photo 17:** Unit 30 – Enclosure panels improperly secured, with fasteners installed between panels.



**Photo 18:** Unit 25 – Enclosure panels improperly secured, with fasteners missing fasteners.




**Photo 19**: Unit 4 – Corrosion on housing and ductwork



**Photo 20**: Unit 13 – Corrosion on exhaust fan support stands



**Photo 21**: Unit 14 – Corrosion on exhaust fan ductwork.



**Photo 22**: Unit 13 – Corrosion on exhaust fan support stands and ductwork.




**Photo 23**: Unit 10 – Missing/Displaced condensate drain lines



**Photo 24**: Unit 20 – Displaced condensate drain lines



**Photo 25**: Unit 18 - Rotated condensate drain line support



**Photo 26**: Unit 32 – Broken and displaced condesate drain lines



**Photo 27**: Unit 8 – Long term weathering and corrosion on enclosure



**Photo 28**: Unit 22 – Corroded Fan Guard



**Photo 29:** Unit 27 – Missing insulation refrigerant lines



**Photo 30**: Unit 1 – Deteriorated insulation on refrigerant lines



**Photo 31**: Unit 15 – Missing tiedown on condensate drain line supports



**Photo 32**: Unit 8 – Improperly installed condensate drain line support tiedown.




**Photo 33**: Unit 5 – Displaced support blocks



**Photo 34**: Unit 31 – Displaced support blocks

# Appendix B: Weather Reports

# Appendix C: Mechanical Equipment Matrix

# Appendix D: Mechanical Equipment Location Diagram

Thornton Tomasetti








EXHIBIT K