1

**Construction Consultants**
2106 E State Highway 114, Suite 307
Southlake, TX 76092

**Asian Commerce Center**

Property Owner: **Asian Commerce Center**

Property: 6833 W. Sam Houston Pkwy. S.
Houston, TX 77072

Type of Loss: HURRICANE

Price List: TXHO8X_FEB25
Restoration/Service/Remodel

Estimate: ASIANCOMMERCE

## Summary

| | | | | | |
|---|---|---|---|---|---|
| Line Item Total | | | | | 11,839.43 |
| Overhead | @ | 10.0% | x | 11,839.43 | 1,183.94 |
| Profit | @ | 10.0% | x | 11,839.43 | 1,183.94 |
| Comm. Rpr/Remdl Tax | @ | 8.250% | x | 14,207.32 | 1,172.10 |
| **Replacement Cost Value** | | | | | **$15,379.41** |
| **Net Claim** | | | | | **$15,379.41** |



EXHIBIT L

**Construction Consultants**

2106 E State Highway 114, Suite 307
Southlake, TX 76092

**Asian Commerce Center**

The following repair estimate is to return the property to its pre-loss condition using like kind and quality materials.

Industry accepted repair techniques for fire, water or wind restoration have been considered.

This estimate does not give any consideration to potential mold growth or the cost associated with remediation.

This estimate is based on site conditions observed at the time of DBI's inspection and is subject to change based on the presentation of new information.

DBI Construction Consultants
2106 E State Highway 114, Suite 307
Southlake, TX 76092

**Asian Commerce Center**

**ASIANCOMMERCE**

**Room: General Conditions**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |

| CAT | SEL | ACT DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|---|
| **CALC** | | **QNTY & UNIT** | | **REMOVE** | **REPLACE** | **RCV** | **ACV** |
| **Supervision** | | | | | | | |
| 1. LAB | SUPERC | Commercial Supervision / Project Management - per hour | | | | | |
| 3*5 | | 15.00 | HR | 0.00 | 84.44 | 1,266.60 | 1,266.60 |
| The above line item accounts for a part time project site supervisor. Responsibilities include oversight of field activities including monitoring of scheduled work, reviewing completed work, coordinating activities among subcontractors, etc. The calculation is based on an average daily crew size of 1 supervisor x 3 hours/day x 5 days/week x 1 week. | | | | | | | |
| **On-Going Debris Removal** | | | | | | | |
| 2. DMO | DUMP< | Dumpster load - Approx. 12 yards, 1-3 tons of debris | | | | | |
| 1 | | 1.00 | EA | 471.60 | 0.00 | 471.60 | 471.60 |

**Room Totals: General Conditions** 1,738.20 1,738.20

**Room: Exterior**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |

| CAT | SEL | ACT DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|---|
| **CALC** | | **QNTY & UNIT** | | **REMOVE** | **REPLACE** | **RCV** | **ACV** |
| **Windows:** | | | | | | | |
| 3. GLS | 1/4T+ | Reglaze 1/4" tempered glass - double pane | | | | | |
| 28*2 | | 56.00 | SF | 0.00 | 37.11 | 2,078.16 | 2,078.16 |
| Window reglaze allowance | | | | | | | |
| 4. WDA | LAB | Window Installer - per hour | | | | | |
| 8 | | 8.00 | HR | 0.00 | 88.18 | 705.44 | 705.44 |
| Labor allowance for window repairs | | | | | | | |
| 5. LAB | LBR | General Laborer - per hour | | | | | |
| 8 | | 8.00 | HR | 0.00 | 49.11 | 392.88 | 392.88 |

**Room Totals: Exterior** 3,176.48 3,176.48

DBI Construction Consultants
2106 E State Highway 114, Suite 307
Southlake, TX 76092

**Asian Commerce Center**

**Room: Mechanical**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |

| CAT / CALC | SEL | ACT DESCRIPTION / QNTY & UNIT | REMOVE | REPLACE | RCV | ACV |
|---|---|---|---|---|---|---|
| **Mechanical:** | | | | | | |
| 6. HVC | ACFINS> | Comb/straighten a/c cond. fins - w/trip charge - Large | | | | |
| 1 | | 1.00 EA | 0.00 | 226.83 | 226.83 | 226.83 |
| 7. HVC | ACFINN> | Comb/straighten a/c cond. fins - w/out trip charge - Large | | | | |
| 6 | | 6.00 EA | 0.00 | 108.88 | 653.28 | 653.28 |
| 8. HVC | ACFINSN | Comb and straighten a/c condenser fins - w/out trip charge | | | | |
| 4 | | 4.00 EA | 0.00 | 81.68 | 326.72 | 326.72 |
| 9. HVC | + | RTU Panel Allowance | | | | |
| 7 | | 7.00 EA | 0.00 | 500.00 | 3,500.00 | 3,500.00 |
| 10. HVC | DRNL | R&R Condensate drain line | | | | |
| 10 | | 10.00 EA | 6.67 | 63.73 | 704.00 | 704.00 |
| 11. HVC | LAB | HVAC Technician - per hour | | | | |
| 8 | | 8.00 HR | 0.00 | 108.88 | 871.04 | 871.04 |
| Allowance for a technician to reinstall support blocks and ties downs to secure drain lines and additional repair labor allowance | | | | | | |
| 12. HVC | LABL | HVAC - General Laborer - per hour | | | | |
| 8 | | 8.00 HR | 0.00 | 49.11 | 392.88 | 392.88 |
| Allowance for a helper | | | | | | |
| 13. HVC | ++ | Material allowance for the above line item | | | | |
| 1 | | 1.00 EA | 0.00 | 250.00 | 250.00 | 250.00 |
| **Room Totals: Mechanical** | | | | | **6,924.75** | **6,924.75** |

## Grand Total Areas:

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |



OSIC_ASIAN COMMERCE_001100
EXHIBIT L

DBI **Construction Consultants**
2106 E State Highway 114, Suite 307
Southlake, TX 76092

**Asian Commerce Center**

## Recap by Room

**Estimate: ASIANCOMMERCE**

| | | |
|---|---|---|
| **General Conditions** | **1,738.20** | **14.68%** |
| **Exterior** | **3,176.48** | **26.83%** |
| **Mechanical** | **6,924.75** | **58.49%** |
| **Subtotal of Areas** | **11,839.43** | **100.00%** |
| **Total** | **11,839.43** | **100.00%** |

DBI
**Construction Consultants**
2106 E State Highway 114, Suite 307
Southlake, TX 76092

**Asian Commerce Center**

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **538.30** | **3.50%** |
| **GLASS, GLAZING, & STOREFRONTS** | | | **2,078.16** | **13.51%** |
| **HEAT, VENT & AIR CONDITIONING** | | | **6,858.05** | **44.59%** |
| **LABOR ONLY** | | | **1,659.48** | **10.79%** |
| **WINDOWS - ALUMINUM** | | | **705.44** | **4.59%** |
| **Subtotal** | | | **11,839.43** | **76.98%** |
| Overhead | @ | 10.0% | 1,183.94 | 7.70% |
| Profit | @ | 10.0% | 1,183.94 | 7.70% |
| **O&P Items Subtotal** | | | **14,207.31** | **92.38%** |
| Comm. Rpr/Remdl Tax | @ | 8.250% | 1,172.10 | 7.62% |
| **Total** | | | **15,379.41** | **100.00%** |