**Keller, Kolby**

| | |
|---|---|
| **From:** | Wenhui Hao <wendy.hao@swrealtygroup.com> |
| **Sent:** | Friday, May 21, 2021 12:42 PM |
| **To:** | Steve Hsu; kenli888@aol.com |
| **Cc:** | sindy@texasgeorgerealty.com |
| **Subject:** | Fwd: Your Liberty Mutual Claim Number 23921591 - Insured Name ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION- Houston, TX |

Hello Mr. Hsu,

Please kindly check with email below from the Liberty Mutual with filled a claim for the window frame and brick wall. I will send them pictures and details later. Once I get update will keep you informed. Thanks.

Best Regards,
**Wendy Hao**
Texas George Realty, Inc
713-988-1668

---------- Original Message ----------
From: ClaimServicesClaimCommunications <no-reply@sharepointonline.com>
To: wendy.hao@swrealtygroup.com
Cc: sa-AM_CLMCLEast-prd@LibertyMutual.com, Commercial_Mkt_Mishawaka@libertymutual.com
Date: 05/21/2021 12:35 PM
Subject: Your Liberty Mutual Claim Number 23921591 - Insured Name ASIAN COMMERCE CENTER PROPERTY OWNER ASSOCIATION- Houston, TX

Liberty Mutual Insurance

Dear Wendy Hao,

Thank you for reporting your claim to Liberty Mutual Insurance. We are committed to resolving your business's claim quickly and fairly while keeping you informed throughout the process.

**Your claim number is 23921591**

If you have materials related to your claim that you'd like to send us, please send them to the address below, with reference to your claim number.

**Mailing Address**



EXHIBIT N

**Email Address**

Liberty Mutual Insurance ClaimsMailPAL@LibertyMutual.com
PO Box 515097
Los Angeles, CA 90051

Thank you for trusting Liberty Mutual Insurance with your insurance needs. We look forward to helping you resolve your claim as quickly as possible.

*Policy underwritten by Ohio Security Insurance Company*

**Contact Information**

If you have any questions related to this claim, please contact our office at the following number (800)443-2533.

Please
answer 4 short questions about your recent experience reporting your claim to
help us learn how to serve you better. These questions will take less than 2
minutes to complete.
Click here to access questions.



EXHIBIT N

Thank you for your feedback
and for choosing Liberty Mutual.
Regards,
Liberty Mutual Insurance

***Note: Please do not reply to this email, as this mailbox is not monitored. If you have questions or additional items to add to your claim, please call the number provided above****

LMFooter